# **EXHIBIT D**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| *In re:* | Case No. 23-00116-ELG |
| TOUCHSTONE REMODELERS, LLC,<br>Debtor. | Chapter 7 |

## NOTICE OF OPPORTUNITY TO OBJECT TO MOTION FOR ENTRY OF AN ORDER PURSUANT TO RULE 2004 AUTHORIZING EXAMINATIONS AND FOR THE PRODUCTION OF DOCUMENTS

Unsecured judgment creditors Federico M. Bandi and Angela M. Bandi have filed with the Court a Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents (the "**Motion**").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to enter an order pursuant to Rule 2004 authorizing examinations and for the production of documents, or if you want the Court to consider your views on the Motion then:

> on or before October 25, 2023, within seven (7) days of the date of this notice, you or your attorney must file with the Court a written objection to the Motion, together with any proposed order required by Local Bankruptcy Rule 9072-1. The objection and any required proposed order

must be filed with the Clerk of the U.S. Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will <u>receive</u> it on or before the date stated above.

You must also send a copy of your objection to:

Federico M. Bandi and Angela M. Bandi
3606 Chesapeake Street, NW
Washington, DC 20008
<u>fbandi1@jhu.edu</u>
<u>angela.bandi@yahoo.com</u>

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
<u>wdw@mccarthywhite.com</u>

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman, Asst. United States Trustee
<u>USTPRegion04.DC.ECF@USDOJ.GOV</u>

William A. Piner, II, Esq.
Stuart Law Firm, PLLC
1033 Wade Avenue, Suite 202
Raleigh, NC 27605
<u>wpiner@stuartlawfirm.com</u>

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief. The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial of the entry of an order pursuant to Rule 2004 authorizing examinations and for the production of documents.

Dated:　October 18, 2023
　　　　　Washington, DC

FEDERICO M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-612-4163
Email: fbandi1@jhu.edu

-and-

ANGELA M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com

*Filing Pro Se*

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 23-00116-ELG |
| TOUCHSTONE REMODELERS, LLC, | Chapter 7 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that on October 18, 2023, a true and correct copy of the attached *Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents and Notice of Opportunity to Object to Motion* was served upon the following parties via electronic mail:

Touchstone Remodelers, LLC
c/o District Registered Agent Services, Inc.
1025 Connecticut Avenue, NW
Suite 615
Washington, DC 20036
info@districtregisteredagent.com

Touchstone Remodelers, LLC
c/o Maurice VerStandig
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
mac@mbvesq.com

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
wdw@mccarthywhite.com

William A. Piner, II, Esq.
Stuart Law Firm, PLLC
1033 Wade Avenue
Suite 202
Raleigh, NC 27605
wpiner@stuartlawfirm.com

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman,
Assistant United States Trustee
USTPRegion04.DC.ECF@USDOJ.GOV

2

Dated:   October 18, 2023
            Washington, DC

Respectfully submitted by:

*/s/ Federico M. Bandi*

FEDERICO M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-612-4163
Email: fbandi1@jhu.edu

-and-

*/s/ Angela M. Bandi*

ANGELA M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com

*Filing Pro Se*

3