# APPENDIX A

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **FEDERICO M. BANDI** | |
| and | |
| **Angela M. Bandi** | Case No. 2022 CAB 005162 |
| Plaintiffs, | |
| v. | |
| **TOUCHSTONE REMODELERS, LLC** | |
| Defendant. | |

## <u>AMENDED ORDER OF JUDGMENT</u>[1]

Before the Court is Federico M. Bandi and Angela M. Bandi's (the "Bandis' ") Motion to Confirm Arbitration Award, filed on November 30, 2022.  In the Motion, the Bandis ask the Court to confirm as a judgment the September 2, 2022 final arbitration award denying Touchstone Remodelers, LLC's ("Touchstone's") Counterclaim, finding in favor of the Bandis, and ordering Touchstone to pay the Bandis $852,503.52 within 30 days after September 2, 2022, "plus interest from [September 2, 2022] on unpaid amounts at the legal rate in the District of Columbia for post-judgment interest," plus "an additional amount of $24,203.69" (the "Award").   No Opposition has been filed.

Upon consideration of the Bandis' Motion to Confirm Arbitration Award, and the entire record herein, it is this __10th_ day of _March_ 2023 hereby:

**ORDERED** that the Bandis' Motion to Confirm Arbitration Award is **GRANTED**; and it is further,

**ORDERED** that the Award is **CONFIRMED**, and it is further

---

[1] The Order is amended to correctly reflect that the Order issued on March 10, 2023, as opposed to March 10, 2022.

**ORDERED** that Judgment is hereby entered in favor of Federico M. Bandi and Angela M. Bandi and against Touchstone Remodelers, LLC, in the amount of (1) $852,503.52 plus interest, from September 2, 2022, on unpaid amounts of the $852,503.52 at the legal rate in the District of Columbia for post-judgment interest, plus (2) $24,203.69 plus interest, from the date of this Order, on unpaid amounts of the $24,203.69 at the legal rate in the District of Columbia for post-judgment interest, plus (3) costs of $ __120__ .

*E. Ebony M. Scott*

**Associate Judge Ebony M. Scott**
*(Signed in Chambers)*

**Copies via Odyssey to:**

James P. Carney
jcarney@carltonfields.com
*Counsel for Plaintiffs*

**Copies via US Mail to:**

Touchstone Remodelers, LLC
1025 Connecticut Avenue, NW
Suite 615
Washington, DC 20036
*Defendant*

Remodelers Team   X   +

🔒 touchstoneremodelers.com/about-us/our-team/

urizon  Ⓐ MATLAB+Python_...  🏠 Stepping from Ma...  🗒 Business



PORTFOLIO   EXPERTISE   APPROACH   ABOUT   BLOG   CONTACT

acrobatic plane on occasion. Ben and his wife live in Chevy Chase, MD where they lead an
active life that includes traveling, boating, scuba diving, and weight training





## Cindy Srigley
### COO

Cindy Srigley proudly serves as Chief Operations Officer at Touchstone Remodelers. Cindy's
passion for learning, her eagerness to tackle new and challenging projects, and her depth of
proven expertise make her a perfect fit to oversee the administrative side of Touchstone

Cindy came into her current role at Touchstone Remodelers through a rather unconventional
route. Classically trained in the life sciences, she received B.S., M.S., and Ph.D. degrees from
Cornell University and a Master's Certificate in Project Management from George Washington
University/Strategy Execution. Prior to joining the Touchstone team, Cindy held a 10-year
appointment as a Research Chemist at the US Food and Drug Administration (FDA) and built an
impressive resume, having published more than 30 original peer-reviewed journal articles and
having given numerous scientific presentations throughout North America, Europe, and in
South Africa. She is also the author of ISO International Standard 23349 and is considered an
expert in process development. Cindy is thrilled to now be applying her broad range of skills to
the residential remodeling industry.

Outside of work, Cindy pursues an athletic lifestyle. She enjoys dancing, strength training,
horseback riding, hiking, and skiing. Living for the summertime, she and her husband, Ben,
often escape to their favorite beach destinations for long weekends of boating, scuba diving,
and dining on seafood.

PORTFOLIO    EXPERTISE    APPROACH    ABOUT    BLOG    CONTACT

## TOUCHSTONE
FINE HOME REMODELING

With decades of combined experience and a shared passion for our craft, the Touchstone Remodelers team consistently delivers.



### Ben Srigley
CEO & FOUNDER

Ben founded Touchstone Remodelers in 2011 with many years of experience in residential construction and a vision for a company custom tailored to service the grand homes that grace the neighborhoods of Washington, DC and surrounding areas. That vision includes not just superior quality and an exceptional customer experience, but also a professional, collaborative work environment and a supportive company culture in which everyone can perform at their best. Ben's primary mission is to ensure this vision is shared by the entire team and put into practice every day, on every project. On a given day, you may find him mentoring a team member in construction techniques, working with an architect on the finer points of materials and design, or simply visiting each of Touchstone's projects as often as he can to make sure everyone has what they need and every customer is happy.

Prior to Touchstone, Ben was a project manager at a leading residential construction and architecture firm where he oversaw complex, high-value projects. During a career in residential construction spanning almost 25 years, he worked his way up from a start in humble jobs and filled virtually every role in the industry along the way. In addition to project manager, his previous job titles include managing partner, superintendent, master carpenter, and cabinet maker. Over decades of work in residential remodeling, custom home building, and light commercial construction, Ben has acquired the knowledge and skills of many different aspects of construction. These include interior and exterior carpentry, interior finishes, concrete, mechanical, electrical, plumbing, and site work. However, it was the years he spent making custom cabinets with his father that instilled in him a love of woodworking and a passion for precision craftsmanship.

Ben also has a passion for precision flying. He holds an instrument-rated, multiengine commercial pilot's license and on weekends he enjoys flying his four-seat Mooney or even an acrobatic plane on occasion. Ben and his wife live in Chevy Chase, MD where they lead an active life that includes traveling, boating, scuba diving, and weight training.



Home    Edit Account Sign Out

🔒 corponline.dcra.dc.gov

# TOUCHSTONE REMODELERS LLC - Initial File Number: L0000056666

Main    Reports    Trade Names    Beneficial Owners

## Entity Info

**Business Name**
TOUCHSTONE REMODELERS

**Suffix**
LLC

**Registration / Effective Date**
11/16/2011

**Commencement Date**
11/16/2011

**Entity Status**
Dissolved

**Foreign Name**

**Date of Organization**
11/16/2011

**State**
District of Columbia

**Country**
USA



DC.gov

Mayor Muriel Bowser

corponline.dcra.dc.gov

311 Online    Agency Directory    Online Services    Accessibility

Home

Edit Account Sign Out

# TOUCHSTONE REMODELERS LLC - Initial File Number: L000056666

Main    Reports    Trade Names    Beneficial Owners

## Report List

| Report Year | Date Filed | File Number |
|---|---|---|
| 2012 | 11/16/2011 | 0000004197152 |
| 2014 | 3/26/2014 | 0000004914187 |
| 2016 | 3/14/2016 | 0000005364857 |
| 2018 | 7/09/2018 | 0000006030336 |
| 2020 | 3/23/2020 | 0000006561384 |
| 2020 | 7/17/2020 | 0000006685177 |
| 2022 | 11/30/2022 | 0000007514315 |

**Return to Home**



**From: William Douglas White** wdw@mccarthywhite.com
**Subject:** Touchstone Remodeling
**Date:** July 2, 2023 at 10:27 PM
**To:** Mac Verstandig (mac@mbvesq.com) mac@mbvesq.com
**Cc:** Federico Bandi fbandi1@jhu.edu



Mac,

 Set forth below is a list compiled from documents requested either by the Bandis or me to assist in completing the meeting of creditors. Assuming the requests are acceptable to the debtor, please provide copies of the documents by July 21, 2023.

 I believe we need to move the continued 341 meeting from July 11 to sometime in August after August 4. There will need to be time for the debtor to produce documents and then time for everyone to review them. Please give me 3 or 4 August dates (after the 4th) or periods of time in August when both you and Mr. Srigley can be available. Once I know those, I can confirm with the Bandis and get back to you right away.

- Specific description (make, model and value) of the individual pieces of equipment identified in Schedule B and the current location of those pieces of equipment (include any vehicles titled in the name of debtor after January 2021).
- All Quickbooks records for 2021 through today or a working login and password for Touchstone's account;
- The contracts and any correspondence with each contractor that owed Touchstone a receivable on the date of the bankruptcy or as of the date that Touchstone ceased operations;
- The debtor's tax filings for calendar year 2022 (I already have 2020 and 2021 filings); the Bandis have asked to receive all those as well;
- All statements for any financial account in which the debtor held an interest during the period of April 2021 through today including the Bank of America operating account;
- All periodic statements for any credit cards or loan accounts in which the debtor held an interest during the period of April 2021 through today;
- Debtor's payroll records for calendar year 2022.
- All draws or transfers of the debtor to an insider from April 2021 to through today;
- Documents reflecting any sale or transfer of assets in which the debtor held an interest after April 2021, including but not limited to, the Isuzu truck or other vehicle.

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
Voice: 703-770-9265
Fax:   703-770-9266
Email: wdw@mccarthywhite.com
Admitted only in DC, MD & FL

Confidentiality Notice: This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.



**From: William Douglas White** wdw@mccarthywhite.com
**Subject:** Touchstone Remodelers
**Date:** September 28, 2023 at 5:51 PM
**To:** Mac Verstandig (mac@mbvesq.com) mac@mbvesq.com
**Cc:** Federico Bandi fbandi1@jhu.edu, Angela angela.bandi@yahoo.com

Mac

At the meeting of creditors on September 8th, the Debtor and you agreed to provide during the week of September 11 – 15, 2023 any additional records and information covered by the requests specifically discussed at the September 8th meeting as well as any additional records covered by the email request sent to you on July 2, 2023. For your convenience I have attached a copy of my July 2nd email request. The records and information specifically discussed at that September 8th meeting included the following:

1. A copy of the title and a loan statement for the Ram truck that is in the possession of Mr. Srigley.
2. Any available Quickbooks documents regarding Touchstone or the login and password information for the Quickbooks account.
3. A copy of the video taken by Mr. Srigley or associates of the contents of personal property left in the warehouse upon closing of the Touchstone business.
4. Any documents or information pertaining to the receivables owing to Touchstone by M. Electrical of Gaithersburg or Frank, Jr. Construction including any such records from Quickbooks or Microsoft.
5. Any additional tax filings, state or federal, regarding Touchstone for 2020 and 2021 including all depreciation schedules pertaining to such filings.
6. Any additional records not already provided including the login and password information for all Touchstone bank accounts, credit cards and loan accounts.

To my knowledge I have received no written response and no additional records or information from you or the Debtor since the creditors' meeting on September 8, 2023. Are there no such additional documents and information that the Debtor intends to provide?

Please note that you and the Debtor are scheduled for an agreed follow up conference call with me and the Bandis on October 6, 2023 at 11:30 a.m.

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court

McLean, VA 22102
Voice: 703-770-9265
Fax:  703-770-9266
Email: wdw@mccarthywhite.com
Admitted only in DC, MD & FL

Confidentiality Notice: This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Mail
Attachment.eml
71 KB

**From:** **William Douglas White** wdw@mccarthywhite.com 📎
**Subject:** FW: In re Touchstone Remodelers -
**Date:** September 6, 2023 at 5:52 PM
**To:** Federico Bandi fbandi1@jhu.edu, Angela angela.bandi@yahoo.com



**This is the email I received from Verstandig regarding the meeting of creditors on Friday.**

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
Voice: 703-770-9265
Fax:   703-770-9266
Email: wdw@mccarthywhite.com
Admitted only in DC, MD & FL
Confidentiality Notice: This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Monday, September 4, 2023 9:04 PM
**To:** William Douglas White <wdw@mccarthywhite.com>
**Subject:** RE: In re Touchstone Remodelers -

Thanks, Bill.

I have a hearing in front of Judge Gunn on Thursday, involving Marc Albert, Chris Rogan, Wendell Webster, Justin Fasano, Janette Nesse, Alex Laughlin, and a few others. We should be able to wrap up on Thursday, but Judge Gunn is threatening to bring us back on Friday if we do not. I doubt this will happen and, even if it does, I will request a recess at 11:30 so I can attend the 341.

Also, attached is the Isuzu bill of same. My client indicates the other requested records are not in its possession, custody and control. Though we will, of course, cooperate with any efforts to obtain them through 2004 proceedings or otherwise.

Finally, let me know if you would like to touch base in advance of the meeting. I am around most of tomorrow, save for between 12:00 pm and 2:00 pm when I have a couple of hearings. I have the regular DC bankruptcy docket on Wednesday but am otherwise available. Thursday, as noted above, is a bit of a no-go, though.

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)444-4600
mac@mbvesq.com
Twitter: @mac_verstandig

Nevada Mailing Address:
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

Maryland Mailing Address:
9812 Falls Road, #114-160
Potomac, Maryland 20854

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** William Douglas White <wdw@mccarthywhite.com>
**Sent:** Monday, September 4, 2023 4:42 PM
**To:** Mac VerStandig <mac@mbvesq.com>
**Cc:** Federico Bandi <fbandi1@jhu.edu>; Angela Bandi <angela.bandi@yahoo.com>
**Subject:** RE: In re Touchstone Remodelers -

**Mac**
**As everyone should already know, there is a continued meeting of creditors scheduled for Friday September 8, 2023 at 11:30 a.m. via the same telephone conference line everyone has used for the prior meetings.  Please make sure that Mr. Srigley and you are both present on the conference line for the meeting.  I have also copied the Bandis on this email.  Thanks.**

William Douglas White

McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
Voice: 703-770-9265
Fax:  703-770-9266
Email: wdw@mccarthywhite.com
Admitted only in DC, MD & FL
Confidentiality Notice: This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** William Douglas White
**Sent:** Tuesday, August 8, 2023 1:01 PM
**To:** 'Mac VerStandig' <mac@mbvesq.com>
**Cc:** Federico Bandi <fbandi1@jhu.edu>; Angela Bandi <angela.bandi@yahoo.com>
**Subject:** RE: In re Touchstone Remodelers - Second Set of BofA Statements

Mac

    In order to reschedule the meeting, we need to have a specific date and time for which Mr. Srigley, you, I and the Bandis agree.  Regarding the documents, since the Bandis had input into the document request on July 2, 2023, I think that discussions about the documents should include the Bandis.  I was under the impression earlier that all of the documents in the request were available and could be produced.  If there are specific documents Mr. Srigley believes cannot be produced, those representations can be part of the his response to the document request on whatever subsequent date is agreed to.  I would say that the rest of the documents should be produced at least 10 days before any continued meeting to give enough time to review them.

    If settling on agreed dates proves unworkable today, we can all get on the call tomorrow at 11 a.m. to agree on dates.  I have included the Bandis on this email.

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
Voice: 703-770-9265
Fax:  703-770-9266
Email: wdw@mccarthywhite.com
Admitted only in DC, MD & FL
Confidentiality Notice: This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender

of entity to which it is addressed and may contain confidential information belonging to the sender that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Tuesday, August 8, 2023 12:26 PM
**To:** William Douglas White <wdw@mccarthywhite.com>
**Cc:** Federico Bandi <fbandi1@jhu.edu>; Angela Bandi <angela.bandi@yahoo.com>
**Subject:** RE: In re Touchstone Remodelers - Second Set of BofA Statements

Bill,

We are amenable to continuing the 341 and generally flexible as to dates. We also have no issue with you sharing produced documents, saving only that we ask any SSNs be redacted before dissemination.

As to the residue of the document requests, it might make sense for you and I to hop on a quick call to go over them. Anything that is extant and that my client possesses, we will absolutely produce. But I think some of the items might either not exist or be beyond the reach of my client.

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301) 444-4600
Cell: (240) 351-6442
Facsimile: (301) 444-4600
mac@mbvesq.com

Nevada Mailing Address:
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

Maryland Mailing Address:
9812 Falls Road, #114-160
Potomac, Maryland 20854

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this

message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** William Douglas White <wdw@mccarthywhite.com>
**Sent:** Tuesday, August 8, 2023 12:02 PM
**To:** Mac VerStandig <mac@mbvesq.com>
**Cc:** Federico Bandi <fbandi1@jhu.edu>; Angela Bandi <angela.bandi@yahoo.com>
**Subject:** RE: In re Touchstone Remodelers - Second Set of BofA Statements
**Importance:** High

Mac

The debtor produced certain Bank of America bank statements on August 5, 2023 that were a portion of the documents requested on July 2, 2023 and which the debtor failed to produce by July 21.  There is a continued creditors' meeting scheduled for tomorrow, August 9th at 11 a.m. which was previously set by agreement in order to give time to examine the documents produced by July 21st.  That of course did not happen.

It is possible to reschedule the meeting tomorrow if all parties including Mr. Srigley can agree today on a continued date and time for the meeting and an earlier date by which all requested documents can be produced.  If all parties are unable to do that today, then the issues can be addressed with Mr. Srigley tomorrow at the currently scheduled meeting date and time.

Regarding the documents, as you know the Bandis have requested copies of all documents that are produced for the estate.  I am not sure that the issue of the Srigleys' consent was completely resolved at the first meeting.  In an effort to agree consensually, please advise whether Srigleys will consent to the estate sharing with the Bandis copies of all documents produced.  Please get back to me as soon as possible today with possible dates.

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
Voice: 703-770-9265
Fax:  703-770-9266
Email: wdw@mccarthywhite.com
Admitted only in DC, MD & FL
Confidentiality Notice: This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender that is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on

hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Saturday, August 5, 2023 8:15 AM
**To:** William Douglas White <wdw@mccarthywhite.com>
**Subject:** In re Touchstone Remodelers - Second Set of BofA Statements

Bill,

To follow on my last e-mail, here are the BofA credit line statements for the debtor.

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301) 444-4600
Cell: (240) 351-6442
Facsimile: (301) 444-4600
mac@mbvesq.com

Nevada Mailing Address:
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

Maryland Mailing Address:
9812 Falls Road, #114-160
Potomac, Maryland 20854

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

Izuzu Bill of
Sale_2...22.pdf
958 KB



Business Home

## SRIGLEY DEVELOPMENT COMPANY, LLC: W18231894

General Information | Filing History | Annual Report/Personal Property

### General Information

Department ID Number: W18231894

Business Name: SRIGLEY DEVELOPMENT COMPANY, LLC

Principal Office: 2214 DISTRIBUTION CIRCLE
SILVER SPRING MD 20910

Resident Agent: BENJAMIN R SRIGLEY
4440 WILLARD AVE
APT 813
CHEVY CHASE MD 20815

Status: DISSOLVED

Good Standing: THIS BUSINESS IS NOT IN GOOD STANDING
What does it mean if a business entity is not in good standing or forfeited?

Business Type: DOMESTIC LLC

Business Code: 20 ENTITIES OTHER THAN CORPORATIONS

Date of Formation/ Registration: 08/28/2017

State of Formation: MD

Stock Status: N/A

Close Status: N/A



## Maryland.gov

⊕ Help    ⊕ Translate    🔒 Log In

# Business Home

🔍 Business Search

## SRIGLEY DEVELOPMENT COMPANY, LLC: W18231894

| General Information | Filing History | Annual Report/Personal Property |

Options for this Business ⌄

## Filing History

The items listed below are associated with this business.

⊘ – Click to view/print PDF (note: some items may not be available to view)
🔵 – Click to view comment associated with this item

| Item | Date/Time Filed | Film | Folio | Pages |
|------|-----------------|------|-------|-------|
| ⊘ ARTICLES OF CANCELLATION | 5/2/2023 2:13:00 PM | | | 2 |
| ⊘ RESOLUTION | 8/11/2020 5:45:00 PM | | | 2 |
| ⊘ ARTICLES OF ORGANIZATION | 8/28/2017 1:14:00 PM | | | 1 |

🔍 New Search    Order Documents

💰 Fees    🕐 Processing Times    📚 Business Resources    📺 Demo

6/12/22, 7:37 PM                                          Account Details Print Friendly



## Business Adv Relationship - 3252: Account Activity

Balance Summary:$7,662.60 (available as of today 06/12/2022)
View:today 06/12/2022

**All Transactions**

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 12/10/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1605696945 | C | -3,300.00 | |
| 11/26/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1601169084 | C | -3,300.00 | |
| 11/12/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1597557455 | C | -3,300.00 | |
| 10/29/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1592958816 | C | -3,300.00 | |
| 10/15/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1589363333 | C | -3,300.00 | |
| 10/01/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1585274550 | C | -3,300.00 | |
| 09/27/2021 | Check 12302 | C | -3,300.00 | |
| 09/17/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1582058992 | C | -3,300.00 | |
| 09/03/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1578357283 | C | -3,300.00 | |
| 08/20/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1574195359 | C | -3,300.00 | |
| 08/06/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1570744833 | C | -3,300.00 | |
| 07/23/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1566423009 | C | -3,300.00 | |
| 07/09/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1562912431 | C | -3,300.00 | |
| 06/25/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1558440604 | C | -3,300.00 | |
| 06/11/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1555051957 | C | -3,300.00 | |

6/12/22, 7:37 PM                                    Account Details Print-Friendly

| Date | Description | Status | Amount | Available Balance |
|------|-------------|--------|--------|-------------------|
| 05/28/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1550702794 | C | -3,300.00 | |
| 05/14/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1547256833 | C | -3,300.00 | |
| 04/30/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1542786095 | C | -3,300.00 | |
| 04/16/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1539902578 | C | -3,300.00 | |
| 04/02/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1536131296 | C | -3,300.00 | |
| 03/19/2021 | Online scheduled transfer to CHK 6857 Confirmation# 1532145272 | C | -3,300.00 | |