

Federico M. Bandi
Angela M. Bandi
3606 Chesapeake Street, NW
Washington, DC 20008
Telephone: 773.620.1932
Email: fbandi1@jhu.edu
angela.bandi@yahoo.com

*Unsecured Judgment Creditors of
Touchstone Remodelers, LLC, filing Pro Se*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA**

| In re: | Case No. 23-00116-ELG |
|---|---|
| TOUCHSTONE REMODELERS, LLC, Debtor. | Chapter 7 |

**MOTION TO AMEND MOTION FOR ENTRY OF AN ORDER
PURSUANT TO RULE 2004 AUTHORIZING EXAMINATIONS AND FOR
THE PRODUCTION OF DOCUMENTS
TO REVISE CERTIFICATE OF SERVICE, TO EXTEND THE DATE
UPON WHICH OBJECTION TO MOTION MUST BE FILED, AND TO
ADD SIGNATURE PAGE AND SERVICE LIST TO PROPOSED ORDER**

Unsecured judgment creditors Federico M. Bandi and Angela M. Bandi (the "**Bandis**") of Touchstone Remodelers, LLC (the "**Debtor**") in the above-captioned case (the "**Case**") under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") hereby move this Court to amend their *Motion for Entry*

*of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents*, filed with this Court on October 18, 2023 (the "**Rule 2004 Motion**"), to revise: (i) the *Certificate of Service*, attached in Exhibit D to the Rule 2004 Motion, to update the Debtor's address, to indicate an alternate manner of service, and to specify the relevant dates of said service; (ii) the *Notice of Opportunity to Object to Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents* ("**Notice of Opportunity to Object**"), attached in Exhibit D to the Rule 2004 Motion, to extend the date upon which written objection to the the Rule 2004 Motion must be filed; and (iii) to add a signature page and service list to the *Order Granting Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents* ("**Proposed Order**"), attached in Exhibit C to the Rule 2004 Motion, which were inadvertently omitted. No changes have been made to the body of the Rule 2004 Motion; revisions are limited to Exhibits C and D thereto.

In support of their *Motion to Amend Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents* (the "**Motion to Amend**"), the Bandis respectfully state as follows:

## STATEMENT OF RELEVANT FACTS[1]

1.  On October 18, 2023, in the process of serving notice of their Rule 2004 Motion upon the Debtor, the Bandis first became aware that the address the Debtor listed in its voluntary petition for relief under chapter 7 of the Bankruptcy Code ("**Petition**"), filed on April 28, 2023 ("**Petition Date**"), as its principal place of business in the District of Columbia, namely 1025 Connecticut Avenue, NW, Suite 615, Washington, DC 20008,[2] is not a valid address for the Debtor. The Debtor listed separately in its Petition an address for the location of its principal assets, at 2214 Distribution Circle, Silver Spring, MD 20910, which is the warehouse space formerly leased by the Debtor ("**warehouse address**"). Through information and belief,[3] the warehouse address is also not a valid address for the Debtor. The Debtor listed no other mailing address, e-mail address, telephone number or other contact information for the Debtor in its Petition. We have not

---

[1] Some of the facts described herein are the Debtor's own allegations and the Bandis are not admitting to their truth. As such, we reserve the right to modify, clarify, or supplement any factual assertions in this Motion to Amend.

[2] District Registered Agent Services, Inc. ("**DRAS**"), who is the occupant at 1025 Connecticut Avenue, NW, Suite 615, Washington, DC *20036* (the Petition is also inaccurate as to the zip code for this address), notified the Bandis that the Debtor is no longer its client and that it is not the registered agent for the Debtor. *See* e-mail correspondence from Cary Devorsetz to Angela Bandi, regarding In re: Touchstone Remodelers, LLC, dated October 18, 2023, attached in **Appendix A**. Consequently, the Debtor will not receive any documents served to it at that address. Upon receiving this information, the Bandis contacted the Debtor's counsel, Maurice VerStandig of the Belmont Firm, to notify him of the inaccuracy in the Petition and to request an alternate mailing address for the Debtor. Mr. VerStandig stated that the Debtor does not have a mailing address other than in the care of the Trustee. *See* e-mail correspondence from Maurice VerStandig to Angela Bandi, dated October 19, 2023 at 8:49 pm, attached in **Appendix A**.

[3] See Rule 2004 Motion at ¶ 18, ¶ 19 and footnote 26.

3

received any notification that the Petition has been revised or amended to correct or change the Debtor's address, nor any notification that the Debtor has designated any other address in any other filed writing relating to this Case.

2. The Debtor listed Benjamin Srigley as its sole managing member as of the Petition Date. *See* Petition at Official Form 207, Part 13, Item 28. Further, Mr. Srigley signed the Petition as the Debtor's authorized representative, managing member, and sole member and officer.[4] He previously described himself as the CEO and founder of the Debtor.[5] The Petition also states that Mr. Srigley's address is: 203 Fishburne Street, Unit A, Charleston, SC 29403.[6] To the best of our knowledge and belief, the Petition has not been revised or amended to correct or change Mr. Srigley's address.

## BASIS AND REQUEST FOR RELIEF

3. Rule 7004(b) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") allows for service of process within the United States, in the context of adversary proceedings, by first class mail postage prepaid "[u]pon the debtor, after a petition has been filed by or served upon the debtor and until the

---

[4] *See* Petition at Official Form 201, Item 17; Debtor's Resolution; Official Form 202; Official Form 207, Part 14; and List of Creditors and Mailing Matrix. *See also* Rule 2004 Motion at ¶ 1 and footnote 3.

[5] *See* Rule 2004 Motion at ¶ 1 and footnote 4.

[6] *See* Petition at Official Form 206H, Item 2; Official Form 207, Part 13, Items 26c.1, 28, 30.1 and 30.2; and List of Creditors and Mailing Matrix.

case is dismissed or closed, by mailing a copy of the summons and complaint to the debtor at the address shown in the petition or to such other address as the debtor may designate in a filed writing." *See* Bankruptcy Rule 7004(b)(9). In the case of a domestic corporation, proper service is effected "by mailing a copy of the summons and complaint to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process." *See* Bankruptcy Rule 7004(b)(3).

4. With respect to a motion requesting examination under Bankruptcy Rule 2004, Local Rule 2004-1 of the United States Bankruptcy Court for the District of Columbia ("**Local Rules**") requires that the moving party "serve a copy of the motion upon the debtor and if applicable, debtor's attorney, the deponent, deponent's attorney (if known), any standing trustee, and the United States Trustee." See Local Rule 2004-1(c).

5. We recognize that Bankruptcy Rule 7004 applies to service of process in the context of adversary proceedings, and that motions requesting examination under Bankruptcy Rule 2004 are not defined as such. *See* Bankruptcy Rule 7001. This said, we are not aware of any governing law applicable to service of motions requesting examination under Bankruptcy Rule 2004 which conflicts

with the above-cited provisions of Bankruptcy Rule 7004(b). We thus maintain that service of a motion requesting an examination under Bankruptcy Rule 2004 is properly made upon a corporate debtor domiciled in the United States by mailing a copy of the motion to the attention of an officer or managing member of the debtor.

      6.      Local Rule 2004-1 of the United States Bankruptcy Court for the District of Columbia ("Local Rules"), in relevant part, additionally provides that:

> the moving party must file and serve with the motion, *with at least seven (7) days' notice*, a notice of the motion and opportunity to object (which complies with this Rule and Local Bankruptcy Rule 9013-1) (emphasis added).

*See* Local Rule 2004-1(b). In the case of service by U.S. Mail, "[w]hen there is a right or requirement to act or undertake some proceedings within a prescribed period after being served and that service is by mail…, *three days are added* after the prescribed period would otherwise expire under Rule 9006(a) (emphasis added)." *See* Bankruptcy Rule 9006(f). As service of the Rule 2004 Motion upon the Debtor has been made to a second address and on a later date by mail, the Bandis are extending the date upon which the Debtor's written objection to the Rule 2004 Motion must be filed, to ten (10) days from the date of service.

7.      With respect to proposed orders, Local Rule 9072-1 requires such orders to include the endorsement of the proponent, as well as a "list of parties, with mailing addresses indicated, who are to receive notice of entry of the [order]." *See* Local Rule 9072-1(b) and (c)(2).

8.      Accordingly, the Bandis are amending their Rule 2004 Motion to modify the documents attached therein in Exhibits C and D as follows:

(i) the Certificate of Service, attached in Exhibit D to the Rule 2004 Motion, is revised to indicate that service to the Debtor was made to the attention of Benjamin Srigley, as the sole managing member and officer of the Debtor, at the address for Mr. Srigley stated in the Petition, by U.S. Mail; that service to the Debtor's counsel, the Trustee, the Office of the United States Trustee, and other parties who have requested notice was also made by U.S. Mail; and to provide the relevant dates of such service;

(ii) the Notice of Opportunity to Object, attached in Exhibit D to the Rule 2004 Motion, is modified to extend the date upon which written objection to the Rule 2004 Motion must be filed, to ten (10) days from the date of service; and

(iii) the Proposed Order, attached in Exhibit C to the Rule 2004 Motion, is amended solely to add a signature page and a service list, which were

7

inadvertently omitted from the original filing; no other changes to the Proposed Order have been made.

9.  The revised Certificate of Service, Notice of Opportunity to Object, and Proposed Order are attached hereto in Exhibit A. The Certificate of Service for this Motion to Amend is attached hereto in Exhibit B.

## JURISDICTION

10. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Motion is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are Bankruptcy Rules 7004(b) and 9006(f) and Local Rules 2004-1 and 9072-1(b) and (c)(2).

## NOTICE

11. Notice of this Motion has been served upon the following parties: (i) the Debtor; (ii) the Debtor's counsel; (iii) the Trustee; (iv) the Office of the United States Trustee for Region 4: Eastern District of Virginia (Alexandria Division) and the District of Columbia; and (v) any party that has requested notice pursuant to Bankruptcy Rule 2002, in accordance with Local Rule 2002-1. In light of the nature of the relief requested herein, the Bandis submit that such notice is

adequate and sufficient and that no other or further notice is necessary. A copy of the Notice and Opportunity to Object is attached hereto in **Exhibit A**. No prior request for the relief sought in this Motion has been made to this or to any other Court.

## CONCLUSION

WHEREFORE, the Bandis respectfully request that this Court grant this Motion to Amend in its entirety.

Dated:   October 23, 2023
         Washington, DC

Respectfully submitted by:

*[signature]*

FEDERICO M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-612-4163
Email: fbandi1@jhu.edu

-and-

*[signature]*

ANGELA M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com

*Filing Pro Se*

9