# **EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00116-ELG |
| TOUCHSTONE REMODELERS, LLC, <br> Debtor. | Chapter 7 |

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that, on October 23, 2023, a true and correct copy of the attached *Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents* and *Notice of Opportunity to Object to Motion* was served upon the party listed below via U.S. Mail.

> Touchstone Remodelers, LLC
> ATTN: Benjamin Srigley, Sole Managing Member and Officer
> 203 Fishburne Street
> Unit A
> Charleston, SC 29403

**PLEASE TAKE FURTHER NOTICE** that, on October 19, 2023, a true and correct copy of the attached *Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents* and *Notice of Opportunity to Object to Motion* was served upon the parties listed

below via U.S. Mail. On October 18, 2023, copies were also provided via electronic mail to all of the parties listed below, as well as to Touchstone Remodelers, LLC, c/o District Registered Agent Services, Inc., 1025 Connecticut Avenue, NW, Suite 615, Washington, DC 20036, info@districtregisteredagent.com.

Touchstone Remodelers, LLC
c/o Maurice VerStandig
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
mac@mbvesq.com

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman,
Assistant United States Trustee
USTPRegion04.DC.ECF@USDOJ.GOV

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
wdw@mccarthywhite.com

William A. Piner, II, Esq.
Stuart Law Firm, PLLC
1033 Wade Avenue
Suite 202
Raleigh, NC 27605
wpiner@stuartlawfirm.com

Dated:   October 23, 2023
            Washington, DC

Respectfully submitted by:

_____
FEDERICO M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-612-4163
Email: fbandi1@jhu.edu

-and-

_____
ANGELA M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com

*Filing Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| *In re:* | Case No. 23-00116-ELG |
| TOUCHSTONE REMODELERS, LLC,<br>　　　　　　　　Debtor. | Chapter 7 |

**NOTICE OF OPPORTUNITY TO OBJECT TO MOTION FOR ENTRY OF AN ORDER PURSUANT TO RULE 2004 AUTHORIZING EXAMINATIONS AND FOR THE PRODUCTION OF DOCUMENTS**

Unsecured judgment creditors Federico M. Bandi and Angela M. Bandi have filed with the Court a Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents (the "**Motion**").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to enter an order pursuant to Rule 2004 authorizing examinations and for the production of documents, or if you want the Court to consider your views on the Motion then:

> on or before November 2, 2023, you or your attorney must file with the Court a written objection to the Motions, together with any proposed order required by Local Bankruptcy Rule 9072-1. The objection and any required proposed order must be filed with the Clerk of the U.S.

Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will <u>receive</u> it on or before the date stated above.

You must also send a copy of your objection to:

**Federico M. Bandi and Angela M. Bandi**
**3606 Chesapeake Street, NW**
**Washington, DC 20008**
<u>fbandi1@jhu.edu</u>
<u>angela.bandi@yahoo.com</u>

**William Douglas White**
**McCarthy & White, PLLC**
**8205 Pettit Court**
**McLean, VA 22102**
<u>wdw@mccarthywhite.com</u>

**Office of the United States Trustee**
**1725 Duke Street, Suite 650**
**Alexandria, VA 22314**
**ATTN: Michael T. Freeman, Asst. United States Trustee**
<u>USTPRegion04.DC.ECF@USDOJ.GOV</u>

**William A. Piner, II, Esq.**
**Stuart Law Firm, PLLC**
**1033 Wade Avenue, Suite 202**
**Raleigh, NC 27605**
<u>wpiner@stuartlawfirm.com</u>

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief. The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial of the entry of an order pursuant to Rule 2004 authorizing examinations and for the production of documents.

Dated:  October 23, 2023
        Washington, DC

_____
FEDERICO M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-612-4163
Email: fbandi1@jhu.edu

-and-

_____
ANGELA M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com

*Filing Pro Se*

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00116-ELG |
| TOUCHSTONE REMODELERS, LLC, | Chapter 7 |
| Debtor. | |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER
PURSUANT TO RULE 2004 AUTHORIZING EXAMINATIONS
AND FOR THE PRODUCTION OF DOCUMENTS**

Upon consideration of the motion of unsecured judgment creditors Federico M. Bandi and Angela M. Bandi (the "**Bandis**") of Touchstone Remodelers, LLC (the "**Debtor**") for entry of an order in the above-captioned case (the "**Case**") under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("**Rule 2004**") and Local Rule 2004-1 of the United States Bankruptcy Court for the District of Columbia, authorizing examinations and for the production of documents (the "**Motion**"); the Court having reviewed and

considered the Motion and accompanying papers; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), (iii) venue of this proceeding and this Motion is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. and (iv) notice of the Motion as described in the Motion was proper under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and good and sufficient cause appearing therefor, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED as follows:

1. The document requests set forth in the subpoenas attached to the Motion as **Exhibit A** and **Exhibit B** ("**Subpoenas**") are authorized pursuant to Rule 2004 and Local Rule 2004-1.

2. The Bandis are authorized to issue the Subpoena attached as **Exhibit A** on the Debtor.

3. The Bandis are authorized to issue the Subpoenas directing the production of documents attached as **Exhibit B** on related non-Debtor entities, including: (i) American Express National Bank, (ii) Bank of America, N.A., (iii) Capital One, N.A., (iv) Intuit Inc., and (v) RY CPA, LLC (or its successor).

4.      Within thirty (30) days of service of a Subpoena, the respective recipient shall produce all documents responsive to the document requests contained in such Subpoena.

5.      The Bandis may schedule an oral examination of the Debtor on the topics set forth in the Subpoena attached as **Exhibit A** to occur in person or by remote video means (as may be mutually agreed upon by the Bandis and the Debtor) within thirty (30) days of service of such Subpoena (or such date as may be mutually agreed upon by the Bandis and the Debtor), with the parties to meet and confer within seven (7) days of service of the Subpoena to schedule the date of the examination and to finalize its location.

6.      The Bandis may issue other discovery requests and subpoenas as may be necessary to accomplish the discovery authorized by this Order.

7.      Nothing contained herein shall prejudice the Bandis' rights under Rule 2004 and other applicable laws to seek further document productions and written and oral examinations in connection with this Case.

8.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated:   October 23, 2023
             Washington, DC

Respectfully submitted by:

*(signature)*

FEDERICO M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-612-4163
Email: fbandi1@jhu.edu

-and-

*(signature)*

ANGELA M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com

*Filing Pro Se*

4

## SERVICE LIST

Touchstone Remodelers, LLC
ATTN: Benjamin Srigley,
Sole Managing Member and Officer
203 Fishburne Street
Unit A
Charleston, SC 29403

Maurice VerStandig
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
mac@mbvesq.com

Federico M. Bandi
Angela M. Bandi
3606 Chesapeake Street, NW
Washington, DC. 20008
fbandi1@jhu.edu
angela.bandi@yahoo.com

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
wdw@mccarthywhite.com

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman,
Assistant United States Trustee
USTPRegion04.DC.ECF@USDOJ.GOV

William A. Piner, II, Esq.
Stuart Law Firm, PLLC
1033 Wade Avenue
Suite 202
Raleigh, NC 27605
wpiner@stuartlawfirm.com