# **EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 23-00116-ELG |
| TOUCHSTONE REMODELERS, LLC, | Chapter 7 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that, on October 23, 2023, a true and correct copy of the attached *Motion to Amend Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents* (the "**Motion to Amend**") was served upon the parties listed below via U.S. Mail. On this same date, copies were also provided via electronic mail to all of the listed parties for whom electronic mail addresses are known and stated below.

Touchstone Remodelers, LLC
ATTN: Benjamin Srigley,
Sole Managing Member and Officer
203 Fishburne Street
Unit A
Charleston, SC 29403

Maurice VerStandig
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
mac@mbvesq.com

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102
wdw@mccarthywhite.com

William A. Piner, II, Esq.
Stuart Law Firm, PLLC
1033 Wade Avenue
Suite 202
Raleigh, NC 27605
wpiner@stuartlawfirm.com

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman,
Assistant United States Trustee
USTPRegion04.DC.ECF@USDOJ.GOV

Dated:    October 23, 2023
          Washington, DC

Respectfully submitted by:

FEDERICO M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-612-4163
Email: fbandi1@jhu.edu

-and-

ANGELA M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com

*Filing Pro Se*

2