# **APPENDIX A**

**From:** Cary Devorsetz cdevorsetz@districtregisteredagent.com 
**Subject:** Re: In re: Touchstone Remodelers, LLC (Case No. 23-00116-ELG; Chapter 7); Rule 2004 Motion
**Date:** October 18, 2023 at 10:35 PM
**To:** Angela Bandi angela.bandi@yahoo.com
**Cc:** DRAS Administrator admin@districtregisteredagent.com, Federico Bandi fbandi1@jhu.edu

Please see the attached from the DLCP (formerly DCRA) website, which indicates that there is no registered agent and the entity is dissolved. We were the registered agent in the past. The address is incorrect, and we aren' the registered agent for the entity.

DLCP site.pdf

> On Oct 18, 2023, at 6:31 PM, Angela Bandi <angela.bandi@yahoo.com> wrote:
>
> Good evening Mr. Devorsetz,
>
> Thank you for checking your records.
>
> Touchstone Remodelers, LLC ("Touchstone") listed your address at 1025 Connecticut Ave, Suite 615 as its principal place of business in Washington, DC, in both its chapter 7 petition (filed April 28, 2023) and with the District of Columbia Department of Licensing and Consumer Protection (formerly DCRA).
>
> I suspect that if the account were in the name of an individual representative of Touchstone, you would still be able to locate the entity. However, given the importance of this issue, I thought I should double check with you.
>
> Thank you for your assistance in this matter.
>
> Kind regards,
> Angela Bandi
>
>> On Oct 18, 2023, at 3:45 PM, Cary Devorsetz <cdevorsetz@districtregisteredagent.com> wrote:
>>
>> Thank you for your email. We have reviewed our records, and we cannot locate the entity you reference (Touchstone Remodelers, LLC) as a client of our company.
>>
>> Best,
>>
>> Cary Devorsetz
>> District Registered Agent Services, Inc.
>> 1025 Connecticut Avenue, NW
>> Suite 615
>> Washington, DC 20036
>>
>> Phone (202) 969-8223
>> Fax (202) 652-2457
>>
>> www.districtregisteredagent.com
>>
>> Our services are limited to: 1) completing and/or executing documents or relevant portions of documents that you provide to us or to which you direct us, to the extent that those documents or applicable portions of those documents are associated with Washington, DC registered/ resident/ general agent services; and 2) forwarding correspondence we receive as your registered/ resident/ general agent, including service of process and government notices, to you. You are responsible for determining what documents are to be submitted by your business to the government, what information to include on those documents, what the relevant filing or other fees are and ensuring that you have timely renewed any government license(s) or registration(s).
>>
>> In addition, you must keep us informed of any changes to your contact information so that we can locate you if we need to forward correspondence to you.

We do not provide legal advice, no attorney-client relationship has been formed, our communications are not subject to the attorney-client privilege and we do not review any of your submissions or other filings to the government or another party.

On Oct 18, 2023, at 2:26 PM, Angela Bandi <angela.bandi@yahoo.com> wrote:

Dear Sir or Madam,

I understand that District Registered Agent Services, Inc. is the registered agent in the District of Columbia for Touchstone Remodelers, LLC.

In that regard, please find attached a true and correct copy of the Bandis' **Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents** (the "**Motion**") and **Notice of Opportunity to Object to Motion** in the above-referenced case relating to Touchstone Remodelers, LLC. The Motion was filed today, October 18, 2023, in the United States Bankruptcy Court for the District of Columbia.

Thank you.

Kind regards,

Angela Bandi
3606 Chesapeake Street, NW
Washington, DC 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com
<Rule 2004 Motion (Case No. 23-00116-ELG; Chapter 7).pdf>

DLCP | Department of Licensing and Consumer Protection  10/18/23, 10:32 PM

![DC.gov] (/Home.aspx/index)

Mayor Muriel Bowser

311 Online (https://311.dc.gov)     Agency Directory (https://dc.gov/directory)

Online Services (https://dc.gov/online-services)     Accessibility (https://dc.gov/page/dcgov-accessibility-policy)

Home (/Home.aspx)

Edit Account (/Account.aspx/AccountManagement)

Sign Out (/Account.aspx/LogOff?signoutFromCropLogin=true)

# TOUCHSTONE REMODELERS LLC - Initial File Number: L0000056666

Main     Reports     Trade Names     Beneficial Owners

## Entity Info

**Business Name**
TOUCHSTONE REMODELERS

**Suffix**
LLC

**Registration / Effective Date**
11/16/2011

**Commencement Date**
11/16/2011

**Entity Status**
Dissolved

**Foreign Name**

**Date of Organization**
11/16/2011

**State**
District of Columbia

**Country**
USA

## Business Address

**Line1**
1025 CONNECTICUT AVENUE NW

**Line2**
SUITE 615

| **City** | **State** | **Zip** |
| --- | --- | --- |
| WASHINGTON | District of Columbia | 20008 |

## Agent

Registered Agent data not found.

**Return to Home**

| District News | District Initiatives | About DC | Contact Us |
| --- | --- | --- | --- |
| Mayor's Public Schedule (https://mayor.dc.gov/newsroom) | Green DC (https://green.dc.gov) | Open DC (https://open.dc.gov) | Agency Director (https://directory.dc.gov) |
| Citywide News (https://newsroom.dc.gov) | Grade DC (https://grade.dc.gov) | Budget (https://cfo.dc.gov/budget) | Call 311 (https://311.dc.gov) |
| Citywide Calendar (https://calendar.dc.gov/events) | Age-Friendly DC (https://agefriendly.dc.gov) | Emancipation (https://emancipation.dc.gov) | Contact the Mayor (https://dcforms.dc.gov/webform/office-mayor-ask-mayor) |

https://corponline.dcra.dc.gov/BizEntity.aspx/ViewEntityData?entityId=4111279    Page 2 of 3

- Subscribe to Receive Emails (https://service.govdelivery.com/accounts/DCWASH/subscriber/new)
- Subscribe to Text Alerts (https://hsema.dc.gov/page/alertdc)
- Subscribe to Newsletters (https://public.govdelivery.com/accounts/DCWASH/subscriber/new)
- Sustainable DC (https://sustainable.dc.gov)
- Connect DC (https://connect.dc.gov)
- Great Streets (https://greatstreets.dc.gov)
- Ready DC (https://ready.dc.gov)
- Consumer Protection (https://oag.dc.gov/consumer-protection)
- Contracts (https://dc.gov/contracts)
- Property Quest (https://propertyquest.dc.gov)
- Track DC (https://track.dc.gov)
- Contact Agency Directors (https://dlcp.dc.gov/page/contact-agency-directors)
- FOIA Requests (https://foia.dc.gov)
- Report Website Problems (https://dcforms.dc.gov/webform/pdc-government-website)
- Send Feedback (https://feedback.dc.gov)

**From:** Mac VerStandig mac@mbvesq.com
**Subject:** RE: In re: Touchstone Remodelers, LLC (Case No. 23-00116-ELG; Chapter 7)
**Date:** October 19, 2023 at 8:49 PM
**To:** Angela Bandi angela.bandi@yahoo.com
**Cc:** Federico Bandi fbandi1@jhu.edu, William Douglas White wdw@mccarthywhite.com

Ms. Bandi,

I appreciate the question, but the debtor really does not have a mailing address other than in the care of the trustee. This is an entity that has sought Chapter 7 relief; it does not carry on any business outside of the trustee's conduct and, as such, does not have a principal place of business.

Regards,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301) 444-4600
Cell: (240) 351-6442
Facsimile: (301) 444-4600
mac@mbvesq.com

Nevada Mailing Address:
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

Maryland Mailing Address:
9812 Falls Road, #114-160
Potomac, Maryland 20854

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** Angela Bandi <angela.bandi@yahoo.com>
**Sent:** Thursday, October 19, 2023 7:50 PM
**To:** Mac VerStandig <mac@mbvesq.com>
**Cc:** Federico Bandi <fbandi1@jhu.edu>; William Douglas White <wdw@mccarthywhite.com>
**Subject:** Re: In re: Touchstone Remodelers, LLC (Case No. 23-00116-ELG; Chapter 7)

Good evening Mr. VerStandig,

Thank you for your response.

However, I am asking for the correct mailing address of Touchstone Remodelers, LLC. The address Touchstone Remodelers provided in its petition is apparently not valid.

Thank you.

Kind regards,
Angela Bandi

> On Oct 19, 2023, at 6:54 PM, Mac VerStandig <mac@mbvesq.com> wrote:
>
> Ms. Bandi,
>
> Thank you for the email.
>
> Since Touchstone Remodelers is a Chapter 7 debtor in bankruptcy, I believe any service would be properly directed to the trustee.
>
> Regards,
>
> Maurice "Mac" VerStandig, Esq.
> The VerStandig Law Firm, LLC
> Phone: (301)444-4600
> Cell: (240)351-6442
> Facsimile: (301)444-4600
> mac@mbvesq.com
> Twitter: @mac_verstandig
>
> Nevada Mailing Address:
> 1452 W. Horizon Ridge Pkwy, #665
> Henderson, Nevada 89012
>
> Maryland Mailing Address:
> 9812 Falls Road, #114-160
> Potomac, Maryland 20854
>
> **PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
> Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.
>
> **TAX ADVICE NOTICE**

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

> On Oct 19, 2023, at 4:24 PM, Angela Bandi <angela.bandi@yahoo.com> wrote:
>
> Good afternoon Mr. VerStandig,
>
> It appears that the address provided by your client, Touchstone Remodelers, LLC (the "Debtor") in its Chapter 7 petition is not a valid address for the entity.
>
> In connection with the above-referenced case, yesterday, October 18, 2023, I served a copy of our **Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents** (the "Motion") and **Notice of Opportunity to Object to Motion** upon the Debtor, using the address the Debtor provided in its petition as its address in the District of Columbia and its principal place of business (no separate mailing address was listed). The occupant of that address (1025 Connecticut Avenue, NW, Suite 615) informed me that they were unable to locate the Debtor as a client of their company. Consequently, documents sent to that address will not be received by the Debtor.
>
> Please let us know what is the Debtor's correct address.
>
> Thank you.
>
> Kind regards,
>
> Angela M. Bandi
> 3606 Chesapeake Street, NW
> Washington, DC 20008
> Telephone: 773-620-1932
> Email: angela.bandi@yahoo.com