22NTCHRG

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| In re: | Case No. 23-00116-ELG |
|---|---|
| **Touchstone Remodelers, LLC** **Debtor(s).** | **Chapter 7** |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing will be held on:

- Motion To Amend Motion For Entry Of An Order Pursuant To Rule 2004 Authorizing Examinations And For The Production Of Documents To Revise Certificate Of Service, To Extend The Date Upon Which Objection To Motion Must Be Filed, And To Add Signature Page And Service List To Proposed Order. Filed by Angela M. Bandi , Federico M. Bandi (Docket Entry No. 7)

on 1/24/2024 at 9:30 AM

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 1/11/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.