

FILED

FEB 20 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:                                              Case No. 23-00116-ELG

TOUCHSTONE REMODELERS, LLC,                         Chapter 7
                    Debtor.

### NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that, pursuant to the Order Granting Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents, signed by the Honorable Elizabeth L. Gunn on January 25, 2024, a hearing will be held on:

- ***Motion to Amend Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents to Revise Certificate of Service, to Extend the Date upon which Objection to Motion Must Be Filed, and to Add Signature Page and Service List to Proposed Order***, filed by Angela M. Bandi and Federico M. Bandi (Docket Entry No. 7)

on March 20, 2024 at 10:00 AM

in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

Dated:    February 20, 2024
              Washington, DC

By:

_____        -and-        _____
FEDERICO M. BANDI                                   ANGELA M. BANDI
3606 Chesapeake Street, NW                          3606 Chesapeake Street, NW
Washington, DC. 20008                               Washington, DC. 20008
Telephone: 773-612-4163                             Telephone: 773-620-1932
Email: fbandi1@jhu.edu                              Email: angela.bandi@yahoo.com
*Filing Pro Se*                                     *Filing Pro Se*

Copies via First Class Mail to:

Touchstone Remodelers, LLC
ATTN: Benjamin Srigley,
Sole Managing Member and Officer
203 Fishburne Street, Unit A
Charleston, SC 29403

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

Intuit Inc.
ATTN: Sasan Goodarzi, CEO
c/o Corporation Service Company
1090 Vermont Avenue, NW
Washington, DC 20005

RY CPA, LLC
ATTN: Raffi Yousefian, CEO
3400 11th Street NW
Second Floor
Washington, DC 20010

Maurice VerStandig
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman,
Assistant United States Trustee

William A. Piner, II, Esq.
Stuart Law Firm, PLLC
1033 Wade Avenue, Suite 202
Raleigh, NC 27605

2

Copies via Certified Mail to:

American Express National Bank
ATTN: Anré Williams, CEO
115 W Towne Ridge Pkwy
Sandy, UT 84070

Bank of America, N.A.
ATTN: Brian T. Moynihan, CEO
100 N Tryon Street
Charlotte, NC 28202

Capital One, N.A.
ATTN: Richard D. Fairbank, President and CEO
1680 Capital One Drive
McLean, VA 22102