FILED

FEB 20 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re:* | Case No. 23-00116-ELG |
| TOUCHSTONE REMODELERS, LLC, | Chapter 7 |
| Debtor. | |

## NOTICE OF OPPORTUNITY TO OBJECT TO MOTION FOR ENTRY OF AN ORDER PURSUANT TO RULE 2004 AUTHORIZING EXAMINATIONS AND FOR THE PRODUCTION OF DOCUMENTS

Unsecured judgment creditors Federico M. Bandi and Angela M. Bandi have filed with the Court a Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents (the "**Motion**"). The Order Granting Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents, signed by the Honorable Elizabeth L. Gunn on January 25, 2024, granted the Motion in part, with respect to Exhibit A, and continued the remaining request in the Motion pursuant to Exhibit B to March 20, 2024 at 10:00 am.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to enter an order pursuant to Rule 2004 authorizing examinations and for the production of documents, or if you want the Court to consider your views on the Motion then:

on or before March 1, 2024, you or your attorney must file with the Court a written objection to the Motion, together with any proposed order required by Local Bankruptcy Rule 9072-1. The objection and any required proposed order must be filed with the Clerk of the U.S. Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also send a copy of your objection to:

| | |
|---|---|
| Federico M. Bandi and<br>Angela M. Bandi<br>3606 Chesapeake Street, NW<br>Washington, DC 20008 | William Douglas White<br>McCarthy & White, PLLC<br>8205 Pettit Court<br>McLean, VA 22102 |
| Touchstone Remodelers, LLC<br>ATTN: Benjamin Srigley,<br>Sole Managing Member and Officer<br>203 Fishburne Street, Unit A<br>Charleston, SC 29403 | Maurice VerStandig<br>The Belmont Firm<br>1050 Connecticut Avenue, NW<br>Suite 500<br>Washington, DC 20036 |
| Office of the United States Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314<br>ATTN: Michael T. Freeman,<br>Asst. United States Trustee<br>USTPRegion04.DC.ECF@USDOJ.GOV | William A. Piner, II, Esq.<br>Stuart Law Firm, PLLC<br>1033 Wade Avenue, Suite 202<br>Raleigh, NC 27605 |

| | |
|---|---|
| RY CPA, LLC<br>ATTN: Raffi Yousefian, CEO<br>3400 11th Street NW<br>Second Floor<br>Washington, DC 20010 | Intuit Inc.<br>ATTN: Sasan Goodarzi, CEO<br>c/o Corporation Service Company<br>1090 Vermont Avenue, NW<br>Washington, DC 20005 |
| American Express National Bank<br>ATTN: Anré Williams, CEO<br>115 W Towne Ridge Pkwy<br>Sandy, UT  84070 | Bank of America, N.A.<br>ATTN: Brian T. Moynihan, CEO<br>100 N Tryon Street<br>Charlotte, NC  28202 |
| Capital One, N.A.<br>ATTN: Richard D. Fairbank, President and CEO<br>1680 Capital One Drive<br>McLean, VA  22102 | |

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief. The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial of the entry of an order pursuant to Rule 2004 authorizing examinations and for the production of documents.

Dated:   February 20, 2024
         Washington, DC

By:

| | | |
|---|---|---|
| _____ | -and- | _____ |
| FEDERICO M. BANDI | | ANGELA M. BANDI |
| 3606 Chesapeake Street, NW | | 3606 Chesapeake Street, NW |
| Washington, DC. 20008 | | Washington, DC. 20008 |
| Telephone: 773-612-4163 | | Telephone: 773-620-1932 |
| Email: fbandi1@jhu.edu | | Email: angela.bandi@yahoo.com |
| *Filing Pro Se* | | *Filing Pro Se* |

4