

**FILED**

FEB 20 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:  | Case No. 23-00116-ELG

TOUCHSTONE REMODELERS, LLC,  | Chapter 7
          Debtor.

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that, on February 20, 2024, a true and correct copy of each of the following was served upon the parties listed below via First Class Mail or via Certified Mail, as indicated:

- *Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents* (filed on October 18, 2023);

- *Motion to Amend Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents to Revise Certificate of Service, to Extend the Date upon which Objection to Motion Must Be Filed, and to Add Signature Page and Service List to Proposed Order* (filed on October 23, 2023);

- *Order Granting Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents* (signed on January 25, 2024);

- *Notice of Opportunity to Object to Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents* (Exhibit B non-Debtor entities);

- *Notice of Hearing*; and

- *Certificate of Service.*

Via First Class Mail:

RY CPA, LLC
ATTN: Raffi Yousefian, CEO
3400 11th Street NW
Second Floor
Washington, DC 20010

Intuit Inc.
ATTN: Sasan Goodarzi, CEO
c/o Corporation Service Company
1090 Vermont Ave, NW
Washington, DC 20005

Via Certified Mail:

American Express National Bank
ATTN: Anré Williams, CEO
115 W Towne Ridge Pkwy
Sandy, UT  84070

Bank of America, N.A.
ATTN: Brian T. Moynihan, CEO
100 N Tryon Street
Charlotte, NC  28202

Capital One, N.A.
ATTN: Richard D. Fairbank, President and CEO
1680 Capital One Drive
McLean, VA  22102

**PLEASE TAKE FURTHER NOTICE** that, on February 20, 2024, a true and correct copy copy of each of the following was served upon the parties listed below via First Class Mail:

- *Notice of Hearing*; and

- *Certificate of Service.*

Touchstone Remodelers, LLC
ATTN: Benjamin Srigley,
Sole Managing Member and Officer
203 Fishburne Street, Unit A
Charleston, SC 29403

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

William A. Piner, II, Esq.
Stuart Law Firm, PLLC
1033 Wade Avenue, Suite 202
Raleigh, NC 27605

Maurice VerStandig
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman,
Assistant United States Trustee

Dated:   February 20, 2024
         Washington, DC

Respectfully submitted by:

_____                    -and-    _____
FEDERICO M. BANDI                                           ANGELA M. BANDI
3606 Chesapeake Street, NW                                  3606 Chesapeake Street, NW
Washington, DC. 20008                                       Washington, DC. 20008
Telephone: 773-612-4163                                     Telephone: 773-620-1932
Email: fbandi1@jhu.edu                                      Email: angela.bandi@yahoo.com
*Filing Pro Se*                                             *Filing Pro Se*

3