# INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

**United States Bankruptcy Court
District of Columbia**



**FILED**

MAR 1 8 2024

Clerk, U.S. District and Bankruptcy Courts

In RE: Touchstone Remodelers, LLC (DEBTOR)

VS.

Attorney: NONE

Angela Bandi
3606 Chesapeake St., NW
Washington DC 20008

*312174*

Case Number: 23-00116-ELG

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **Touchstone Remodelers, LLC on 02/28/2024 at 1:40 PM at The Belmont Firm 1050 Connecticut Avenue, NW Suite 500, Washington, DC 20036**

The undersigned, swear and affirm that on **March 08, 2024** at **10:05 AM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **Touchstone Remodelers, LLC** the Cover Letter dated February 27, 2024 (RE: In re: Touchstone Remodelers, LLC); Subpoena for Rule 2004 Examination; Attachment A; Order Granting Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents; Exhibit A for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 03/01/2024-12:18 PM | The Belmont Firm 1050 Connecticut Avenue, NW Suite 500 Washington, DC 20036 | Upon arrival, I spoke with the security guard behind the main desk. I asked him if he knew of a law firm called the Belmont Firm, and he said yes and directed me to the 5th floor. From there, I took the elevator to the 5th floor and walked to suite 500. I spoke with the employee behind the front desk and confirmed that this was the Belmont Firm. I then asked her if Maurice Verstanding was in today. She said if it is for a service they could take it. I then explained to her that my instructions were to give it to him personally and she then told me that he was not in the office today. I then asked her if she knew when he would be in or if she had a phone number for him. She said he was in the office sporadically and that he did not have a concrete schedule. She also added that it was hard to track when he came in because the office is a shared space. As for a phone number, she was not able to provide me with that information. She said all that she could do was email him, but she could not provide me with the email. - Attempted by Aidan Doyle |
| 03/04/2024-11:58 AM | The Belmont Firm 1050 Connecticut Avenue, NW Suite 500 Washington, DC 20036 | Before I arrived, I made two phone calls to 240-351-6442 but I did not receive a response. Upon arrival, I spoke with an employee at the main desk and was told that Mr. Verstanding was not here today. The employee explained that approximately 90% of their clients are never here. After receiving this information, I left and called Mr. Verstanding at 240-351-6442 again and was able to speak with him. I explained that I had documents to deliver to |

| | | |
|---|---|---|
| | | him and I wanted to know what date and times worked best for him to accept them. He explained that he was rarely in the office located at 1050 Connecticut Ave and said that I could leave the documents with the people in the office. I explained to him that I was instructed to deliver these to him personally and he asked if they were meant for him or a client of his. I told him that they were meant for a client, but that I was given instructions to deliver the documents to him personally. He stated that he was willing to accept them and was not at all attempting to evade but explained that it is his company's policy that did not allow him to accept personal service on behalf of a client. I then went back to suite 500 and asked if they were able to accept service on Mr. Verstanding's behalf, but the employee I spoke with earlier told me that they could not and explained that their company policy only allowed for service through certified mail. I then called Mr. Verstanding again (240-351-6442) and explained that the office could not accept the documents on his behalf. He then told me that he would be willing to accept service at a neutral address but did not want to provide his home address. I then went back up to the office at suite 500 and asked if this was a virtual office and the employee stated that it was a Regus Management office. - Attempted by Aidan Doyle |
| 03/07/2024-2:17 PM | The Belmont Firm 1050 Connecticut Avenue, NW Suite 500 Washington, DC 20036 | I called Mr. Verstanding three times at 240-351-6442, but I received no answer. On the third call, I left a message asking for him to call me back about this matter. - Attempted by Aidan Doyle |
| 03/08/2024-10:05 AM | The Belmont Firm 1050 Connecticut Avenue, NW Suite 500 Washington, DC 20036 | I called Mr. Verstanding and spoke with him. I asked if he would be able to meet at the Shady Grove Metro station sometime today or next week. He said he could not meet today because he is in Maine, but we were able to schedule a meeting for Tuesday at 4:30pm at the station. He told me to look for an orange Jeep with Maine plates in the Shady Grove Kiss and Ride parking lot. - Attempted by Aidan Doyle |

**Aidan Doyle**
Process Server

Internal Job ID:312174

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

