## AFFIDAVIT OF PROCESS SERVER

**United States Bankruptcy Court**
**District of Columbia**

**FILED**

MAR 22 2024

Clerk, U.S. District and Bankruptcy Courts

In RE: Touchstone Remodelers, LLC (DEBTOR)

VS.

Attorney: NONE

Angela Bandi
3606 Chesapeake St., NW
Washington DC 20008



*312871*

**Case Number: 23-00116-ELG**

Legal documents received by Same Day Process Service, Inc. on **03/12/2024 at 11:24 AM** to be served upon Touchstone Remodelers, LLC at Shady Grove Metro Station, 15903 Somerville Dr., Derwood, MD 20855

I, **Aidan Doyle**, swear and affirm that on **March 12, 2024 at 5:05 PM**, I did the following:

Served Touchstone Remodelers, LLC by delivering a conformed copy of the Cover Letter dated February 27, 2024 (RE: In re: Touchstone Remodelers, LLC); Subpoena for Rule 2004 Examination; Attachment A; Order Granting Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents; Exhibit A to Maurice Verstanding as Attorney & Authorized Agent of Touchstone Remodelers, LLC at Shady Grove Metro Station, 15903 Somerville Dr., Derwood, MD 20855.

**Description of Person Accepting Service:**
Sex: Male Age: 45 Height: 5ft4in-5ft8in Weight: Over 200 lbs Skin Color: Caucasian Hair Color: Salt and Pepper

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Aidan Doyle* (signature)

**Aidan Doyle**
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:312871

