## AFFIDAVIT OF NON-SERVICE

**District of Columbia**　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Court**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Court**

Case Number: 23-00116-ELG

Plaintiff:

vs.

Debtor:
**Touchstone Remodelers, LLC**

For:
Angela Bandi

**FILED**

**APR - 1 2024**

Clerk, U.S. District and Bankruptcy Courts

Received by Vincent Buckey to be served on **Benjamin Srigley or Cynthia Srigley as owner Touchstone Remodelers, LLC, 203 Fishburne St Unit A, Charleston, SC 29403**.

I, Vincent Buckey, being duly sworn, depose and say that on the **26th day of March, 2024** at **4:30 pm**, I:

**NON-SERVED** the **Cover letter, Subpoena for Rule 2004 Examination with Attachment A, Order Granting Motion for Entry of an Order Pursuant to Rule 2004 Authorizing Examinations and for the Production of Documents** because all reasonable inquires suggest the defendant moved to an undetermined address.

**Additional Information pertaining to this Service:**
3/26/2024  4:30 pm  Attempted Service at 203 Fishburne Unit A. Property is vacant and under renovation. Contractor indicated that current owner's last name is Huggins. No forwarding information available for Srigley.

I certify that I am over the age of 18, have no interest in the above action, and am in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 27th day of March, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

Vincent Buckey
Process Server

VPS Solutions, LLC
1318 N Main St #1445
Summerville, SC 29483
(843) 817-3886

Our Job Serial Number: VPL-2024000539