**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 23-00116-ELG** |
| **Touchstone Remodelers, LLC** <br> **Debtor** | **Chapter 7** |

### NOTICE OF POSSIBLE DIVIDENDS AND DEADLINE TO FILE PROOF OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. Since that notice was sent, it appears that assets may be recovered by the trustee.

Except as otherwise provided by law, creditors who wish to share in any distribution of funds must file a Proof of Claim (Official Form B 410) through the Court's NextGen CM/ECF or in hard copy with the Clerk of the Bankruptcy Court care of United States Bankruptcy Court, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001 on or before

**DEADLINE for creditors other than governmental units:   07/01/2024**

**DEADLINE for governmental units, if applicable:       07/01/2024**

The Proof of Claim form can be found at https://www.uscourts.gov/sites/default/files/form_b_410.pdf. If you mail your Proof of Claim to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Any creditor who has filed a Proof of Claim already need not file another Proof of Claim.

For the Court:
Angela D. Caesar
BY: ca

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.