### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00116-ELG |
| **Touchstone Remodelers, LLC**<br>**Debtor** | Chapter 7 |

### NOTICE OF POSSIBLE DIVIDENDS  AND DEADLINE TO FILE PROOF OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. Since that notice was sent, it appears that assets may be recovered by the trustee.

Except as otherwise provided by law, creditors who wish to share in any distribution of funds must file a Proof of Claim (Official Form B 410) through the Court's NextGen CM/ECF or in hard copy with the Clerk of the Bankruptcy Court care of United States Bankruptcy Court, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001 on or before

**DEADLINE for creditors other than governmental units:   07/01/2024**

**DEADLINE for governmental units, if applicable:          07/01/2024**

The Proof of Claim form can be found at https://www.uscourts.gov/sites/default/files/form_b_410.pdf. If you mail your Proof of Claim to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

Any creditor who has filed a Proof of Claim already need not file another Proof of Claim.

For the Court:
Angela D. Caesar
BY: ca

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 23-00116-ELG |
| Touchstone Remodelers, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 01, 2024 | Form ID: pdf001 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Touchstone Remodelers, LLC, 1025 Connecticut Avenue, NWSuite 615, Washington, DC 20036-5405 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| cr | + | Angela M. Bandi, 3606 Chesapeake Street, NW, Washington, DC 20008-2915 |
| cr | + | Federico M. Bandi, 3606 Chesapeake Street, NW, Washington, DC 20008-2915 |
| 767859 | #+ | Benjamin Srigley, 203 Fishburne Street Unit A, Charleston, SC 29403-6563 |
| 767860 | + | Builders Mutual Insurance Company, PO Box 150005, Raleigh, NC 27624-0005 |
| 767863 | + | Corporate Filings LLC, 30 N. Gould Street Suite 7001, Sheridan, WY 82801-6317 |
| 767895 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520, WASHINGTON, DC 20013-0520 |
| 767951 | + | DC Govt Office of Tax & Revenue, P O Box 37559, Washington, DC 20013-7559 |
| 767864 | + | District Registered Agent Services, Inc., 1025 Connecticut Avenue, NW Suite 615, Washington, DC 20036-5446 |
| 767865 | + | Federico M. Bandi and Angela M. Bandi, c/o Daniel Felsen, Esq., Carlton Fields, P.A. 1025 Thomas Jeffers, Washington, DC 20007-5201 |
| 767866 | + | Frank Jr Construction, LLC, 8803 Doug Drive, Nokesville, VA 20181-3215 |
| 767867 | + | Kossow Management Corporation, 1130 Taft Street, Rockville, MD 20850-1310 |
| 767869 | | Montgomery County, Maryland, False Alarm Reduction Section, P.O. Box 83399, Gaithersburg, MD 20883-3399 |
| 767871 | + | ReadyRefresh?, PO Box 30139, College Station, TX 77842-3139 |
| 767872 | + | Risk Exchange Insurance Service, 13810 FNB Parkway Suite 200, Omaha, NE 68154-5217 |
| 767873 | + | Washington Gas, PO Box 37747, Philadelphia, PA 19101-5047 |
| 767874 | + | William A. Piner, II, Esq., Stuart Law Firm, PLLC, 1033 Wade Avenue Suite 202, Raleigh, NC 27605-1155 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Apr 02 2024 00:59:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Apr 01 2024 23:27:20 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 02 2024 00:59:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Apr 01 2024 23:27:21 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Apr 02 2024 00:59:00 | Secretary of the Treasury, 15th and Pennsylvania |

| | | | | Aveneu, NW, Washington, DC 20220-0001 |
|---|---|---|---|---|
| smg | | Email/Text: atlreorg@sec.gov | Apr 02 2024 00:59:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Apr 02 2024 00:59:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 767856 | + | Email/Text: amscbankruptcy@adt.com | Apr 02 2024 00:59:00 | ADT, 3190 S Vaughn Way, Aurora, CO 80014-3512 |
| 767857 | + | Email/PDF: bncnotices@becket-lee.com | Apr 02 2024 00:43:49 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 767858 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 02 2024 00:59:00 | Bank of America, N.A., Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 767861 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2024 01:41:56 | Capital One, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 767862 | + | Email/Text: documentfiling@lciinc.com | Apr 02 2024 00:59:00 | Comcast, c/o McCarthy, Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 767870 | + | Email/Text: Bankruptcy_General@pepco.com | Apr 02 2024 00:59:00 | Pepco, P.O. Box 13608, Philadelphia, PA 19101-3608 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 767868 | ##+ | M Electrical, LLC, 18892 McFarlin Drive, Germantown, MD 20874-1442 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor Touchstone Remodelers  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William Douglas White | on behalf of Trustee William Douglas White wdw@mccarthywhite.com  white@premierremote.com;dc08@ecfcbis.com |

William Douglas White

wdw@mccarthywhite.com  white@premierremote.com;dc08@ecfcbis.com

TOTAL: 4