AB
Bringhurst Process Service
a Division of All Pro Security
60 E Claybourne Ave
Salt Lake City, Utah 84115
(801) 561-4278



**FILED**

**APR 1 2 2024**

Clerk, U.S. District and
Bankruptcy Courts

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES BANKRUPCTY COURT DISTRICT OF COLUMBIA , Plaintiff(s) ) ) ) ) | |
| vs. ) ) | **PROOF OF SERVICE** Case No. 23-00116-ELG |
| TOUCHSTONE REMODELERS, LLC , Defendant(s) ) ) ) ) | |
| Party to serve: AMERICAN EXPRESS NATIONAL BANK ) ) | |

Process: LETTER, SUBPOENA FOR RULE 2004 EXAMINATION, FEDERAL RULE OF CIVIL PROCEDURE 45(C), (D), (E), AND (G), ATTACHMENT A, ORDER GRANTING MOTION FOR EXAMINATION - PURSUANT TO BANKRUPTCY RULE 2004
Court Date:

THE UNDERSIGNED PERSON HEREBY CERTIFIES:
1) I served the attached process, referenced therein.in the manner indicated below
2) I was at the time of service over the age of 18 years.
3) I am not a party to this action.

**Party To Serve: American Express National Bank.**

Date Served: 4-4-2024 2:55 Pm
Address Of Service: 1108 E South Union Ave, Midvale, Ut 84047

Served on business or organization by giving a copy to **DANI SNOW @ CT CORP**, who is a(n) registered agent, (authorized to receive pursuant to utah code 16-17-301(1)), of said organization, designated to receive service of such process pursuant to Rule 4-(d)(1), Utah Rules of Civil Procedure.

I certify under criminal penalty of the State of Utah that the foregoing is true and correct.
Executed on 4-4-2024

_[signature]_

MARIA CARUSO #308
P.I.

**TOTAL FEES:**   **$55.00**

| Standard Service | $55.00 |
|---|---|
| | |
| | |
| | |

ANGELA BANDI
3606 CHESAPEAKE ST NW
WASHINGTON, DC 20008

Docket: 1819191