# AFFIDAVIT OF SERVICE

| Case: 23-00116-ELG | Court: United States Bankruptcy Court District of Columbia | Job: 10841395 |
|---|---|---|
| In re: Touchstone Remodelers, LLC, Debtor | | |
| Received by: Process Servers of the Carolinas | For: Angela Bandi | |
| To be served upon: Bank of America, N.A. (ATTN: Brian T. Moynihan, CEO) | | |

**FILED APR 1 2 2024**
Clerk, U.S. District and Bankruptcy Courts

I, Kathy Broom, being duly sworn, depose and say: I am over the age of 21 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Rene Harrington, officer, Bank of America, N.A. (ATTN: Brian T. Moynihan, CEO), Company: 100 N Tryon Street, Charlotte, NC 28202

**Manner of Service:** Authorized, Apr 11, 2024, 11:10 am EDT

**Documents:** Cover letter (Received Apr 10, 2024 at 5:11pm EDT), Exhibit B Subpoena for Rule 2004 Examination and attachment A (Received Apr 10, 2024 at 5:11pm EDT), Order Granting Motion for Examination Pursuant to Bankruptcy Rule 2004 (Received Apr 10, 2024 at 5:11pm EDT)

**Additional Comments:**
1) Successful Attempt: Apr 11, 2024, 11:10 am EDT at Company: 100 N Tryon Street, Charlotte, NC 28202 received by Rene Harrington, officer, Bank of America, N.A. (ATTN: Brian T. Moynihan, CEO). Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'7"; Hair: Brown;

_Kathy Broom_  4/11/24
Kathy Broom                Date

Process Servers of the Carolinas
P.O. Box 33034
Charlotte, NC 28233
980-287-1100

Subscribed and sworn to before me by the affiant who is personally known to me.

_signature_
Notary Public

04/11/2024          04/20/2028
Date              Commission Expires

**MICHAEL M MELVIN**
Notary Public
Mecklenburg Co., North Carolina
My Commission Expires April 20, 2028