## INVESTIGATIVE DUE DILIGENCE AFFIDAVIT

### United States Bankruptcy Court for the District of Columbia



FILED
APR 1 2 2024
Clerk, U.S. District and Bankruptcy Courts

In RE: Touchstone Remodelers, LLC (DEBTOR)

VS.

Attorney: NONE

Angela Bandi
3606 Chesapeake St., NW
Washington DC 20008


*314054*

Case Number: 23-00116-ELG

Legal documents received by Same Day Process Service, Inc. was requested to provide an affidavit of due diligence for subject(s), **RY CPA, LLC on 04/02/2024 at 10:31 AM at 3400 11th St., NW, 2nd Floor, Washington, DC 20010**

The undersigned, swear and affirm that on **April 04, 2024 at 12:18 PM**, I did the following:

**NON-SERVED:** After careful inquiry and diligent attempts, I was unable to serve **RY CPA, LLC** the Cover Letter dated April 01, 2024; Subpoena for Rule 2004 Examination; Attachment A; Order Granting Motion for Examination Pursuant to Bankruptcy Rule 2004 for the reason(s) indicated in the comments below:

| Date/Time | Address | Remarks |
|---|---|---|
| 04/04/2024-12:18 PM | 3400 11th St., NW, 2nd Floor Washington, DC 20010 | Upon arrival, I went to the second floor. The entire second floor belongs to a company by the name of District Bridges. I spoke with an employee and asked her if she knew anything about RY CPA, LLC, but she knew nothing. She stated that District Bridges has been at this location since 2020. I noticed that RY CPA, LLC had a mailbox at this location with an overflowing amount of mail. - Attempted by Vincent Connors |

_____
**Vincent Connors**
Process Server

Internal Job ID:314054

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

