## AFFIDAVIT OF PROCESS SERVER

United States Bankruptcy Court for the District of Columbia



APR 2 6 2024

Clerk, U.S. District and Bankruptcy Courts

In RE: Touchstone Remodelers, LLC (DEBTOR)

VS.

Attorney: NONE

Angela Bandi
3606 Chesapeake St., NW
Washington DC 20008



*314562*

Case Number: 23-00116-ELG

Legal documents received by Same Day Process Service, Inc. on **04/10/2024** at **4:33 PM** to be served upon **RY CPA, LLC, by serving Registered Agents, Inc.** at 1717 N St., NW, #1, Washington, DC 20036

I, **Alexia Kastis**, swear and affirm that on **April 12, 2024** at **11:06 AM**, I did the following:

Served **RY CPA, LLC, by serving Registered Agents, Inc.** by delivering a conformed copy of the **Cover Letter dated April 01, 2024; Subpoena for Rule 2004 Examination; Attachment A; Order Granting Motion for Examination Pursuant to Bankruptcy Rule 2004** to Olga Kasyan as Paralegal & Authorized Agent of **RY CPA, LLC, by serving Registered Agents, Inc.** at 1717 N St., NW, #1, Washington, DC 20036.

**Description of Person Accepting Service:**
Sex: Female  Age: 30  Height: 5ft4in-5ft8in  Weight: 161-200 lbs  Skin Color: Caucasian  Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Alexia Kastis
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:314562

