**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

*In re:*                                                        |   Case No. 23-00116-ELG

TOUCHSTONE REMODELERS, LLC,                |   Chapter 7
          Debtor.                                      |

**NOTICE OF OPPORTUNITY TO OBJECT TO MOTION FOR ENTRY OF AN ORDER GRANTING DERIVATIVE STANDING TO PROSECUTE ON BEHALF OF THE ESTATE, CLAIMS AGAINST THE DEBTOR, ET AL.**

Unsecured judgment creditors Federico M. Bandi and Angela M. Bandi have filed with the Court a *Motion for an Order Granting Derivative Standing to Prosecute on Behalf of the Estate, Claims Against the Debtor, Benjamin Robert Srigley, Cynthia Tyburczy Srigley and Srigley Development Company, LLC* (the "**Motion**").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to enter an order granting derivative standing to Federico M. Bandi and Angela M. Bandi to prosecute certain claims on behalf of the Estate, against the Debtor, et al., or if you want the Court to consider your views on the Motion then:

> on or before November 4, 2024, you or your attorney must file with the Court a written objection to the Motion, together with any proposed order required by Local Bankruptcy Rule 9072-1. The objection and any required proposed order must be filed with the Clerk of the U.S. Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse,

333 Constitution Avenue, NW, Washington, DC 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will <u>receive</u> it on or before the date stated above.

You must also send a copy of your objection to:

**Federico M. Bandi**
**Angela M. Bandi**
**3606 Chesapeake Street, NW**
**Washington, DC 20008**

**William Douglas White**
**McCarthy & White, PLLC**
**8205 Pettit Court**
**McLean, VA 22102**

**Office of the United States Trustee**
**1725 Duke Street, Suite 650**
**Alexandria, VA 22314**
**ATTN: Michael T. Freeman,**
**Assistant United States Trustee**
**USTPRegion04.DC.ECF@USDOJ.GOV**

**American Express National Bank**
**c/o Beckett & Lee LLP**
**P.O. Box 3001**
**Malvern, PA 19355-0701**

**Capital One N.A.**
**c/o American InfoSource**
**4515 N Santa Fe Avenue**
**Oklahoma City, OK 73118**

**Touchstone Remodelers, LLC**
**c/o Maurice VerStandig**
**The Belmont Firm**
**1050 Connecticut Avenue, NW**
**Suite 500**
**Washington, DC 20036**

**Touchstone Remodelers, LLC**
**ATTN: Benjamin Srigley,**
**Sole Managing Member and Officer**
**203 Fishburne Street, Unit A**
**Charleston, SC 29403**

**Builders Mutual Insurance Company**
**c/o Stuart Law Firm, PLLC**
**1033 Wade Avenue, Suite 202**
**Raleigh, NC 27605**
**ATTN: William A. Piner, II, Esq.**

**D.C. Government**
**Office of Tax and Revenue**
**P.O. Box 75520**
**Washington, DC 20013**

3

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief. The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial of the entry of an order granting derivative standing to Federico M. Bandi and Angela M. Bandi to prosecute on behalf of the Estate, certain claims against the Debtor, et al.

Dated:    October 17, 2024

_____
FEDERICO M. BANDI
3606 Chesapeake Street, NW
Washington, DC 20008
Telephone: 773-612-4163
Email: fbandi1@jhu.edu

-and-

_____
ANGELA M. BANDI
3606 Chesapeake Street, NW
Washington, DC 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com

*Filing Pro Se*