## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00116-ELG |
| TOUCHSTONE REMODELERS, LLC, | Chapter 7 |
| Debtor. | |

### CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on October 17, 2024, a true and correct copy of the attached *Motion for an Order Granting Derivative Standing to Prosecute on Behalf of the Estate, Claims Against the Debtor, Benjamin Robert Srigley, Cynthia Tyburczy Srigley and Srigley Development Company, LLC* was served upon the following parties via U.S. Mail:

Touchstone Remodelers, LLC
ATTN: Benjamin Srigley,
Sole Managing Member and Officer
203 Fishburne Street
Unit A
Charleston, SC 29403

Touchstone Remodelers, LLC
c/o Maurice VerStandig
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman,
Assistant United States Trustee
USTPRegion04.DC.ECF@USDOJ.GOV

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

| | |
|---|---|
| **American Express National Bank**<br>c/o Beckett & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | **Builders Mutual Insurance Company**<br>c/o Stuart Law Firm, PLLC<br>1033 Wade Avenue, Suite 202<br>Raleigh, NC 27605<br>ATTN: William A. Piner, II, Esq. |
| **Capital One N.A.**<br>c/o American InfoSource<br>4515 N Santa Fe Avenue<br>Oklahoma City, OK 73118 | **D.C. Government**<br>Office of Tax and Revenue<br>P.O. Box 75520<br>Washington, DC 20013 |

Dated:     October 17, 2024

Respectfully submitted by:

*/s/ Federico M. Bandi*

FEDERICO M. BANDI
3606 Chesapeake Street, NW
Washington, DC 20008
Telephone: 773-612-4163
Email: fbandi1@jhu.edu

-and-

*/s/ Angela M. Bandi*

ANGELA M. BANDI
3606 Chesapeake Street, NW
Washington, DC 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com

*Filing Pro Se*