**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 23-00116-ELG |
| TOUCHSTONE REMODELERS, LLC, | Chapter 7 |
| Debtor. | |

**ORDER GRANTING MOTION FOR AN ORDER GRANTING DERIVATIVE STANDING TO PROSECUTE ON BEHALF OF THE ESTATE, CLAIMS AGAINST THE DEBTOR, BENJAMIN ROBERT SRIGLEY, CYNTHIA TYBURCZY SRIGLEY, AND SRIGLEY DEVELOPMENT COMPANY, LLC**

Upon consideration of the motion of unsecured judgment creditors Federico M. Bandi and Angela M. Bandi (the "**Bandis**") of Touchstone Remodelers, LLC (the "**Debtor**") for entry of an order in the above-captioned case (the "**Case**") under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**"), granting derivative standing to prosecute on behalf of the estate, claims against the Debtor, Benjamin Robert Srigley, Cynthia Tyburczy Srigley and Srigley Development Company, LLC (the "**Motion**"); the Court having reviewed and considered the Motion and accompanying papers; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding within the

meaning of 28 U.S.C. § 157(b)(2), (iii) venue of this proceeding and this Motion is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and (iv) notice of the Motion as described in the Motion was proper under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and good and sufficient cause appearing therefor, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED as follows:

1. The Bandis are authorized to bring, on behalf of the estate, an adversary proceeding against the Debtor, Benjamin Robert Srigley, Cynthia Tyburczy Srigley and Srigley Development Company, LLC, to include the following claims, or claims which are substantially similar thereto:

   (a) avoidance of fraudulent transfers under section 548(a)(1)(A) of the Bankruptcy Code;

   (b) avoidance of fraudulent transfers under section 548(a)(1)(B) of the Bankruptcy Code;

   (c) avoidance of fraudulent transfers under section 544(b) and section 550 of the Bankruptcy Code and under D.C. Code § 28-3104(a)(1) and other applicable provisions of the D.C. Code;

   (d) avoidance of fraudulent transfers under section 544(b) and section 550 of the Bankruptcy Code and under D.C. Code § 28-3104(a)(2) and other applicable provisions of the D.C. Code;

   (e) breach of fiduciary duties to the Debtor pursuant to D.C. Code § 29-804.09, and other applicable provisions of the D.C. Code;

   (f) liability for improper distributions made by the Debtor in violation of D.C. Code §§ 29-804.05(a) and 29-804.09 and pursuant to D.C. Code § 29-804.06;

    (g)  common law conspiracy against Benjamin Robert Srigley and Cynthia Tyburczy Srigley pursuant to applicable D.C. law; and

    (h)  alter ego liability against Benjamin Robert Srigley and Cynthia Tyburczy Srigley.

2.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated:    October 17, 2024

Respectfully submitted by:

_____
FEDERICO M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-612-4163
Email: fbandi1@jhu.edu

-and-

ANGELA M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com

*Filing Pro Se*

4

## SERVICE LIST

Federico M. Bandi
Angela M. Bandi
3606 Chesapeake Street, NW
Washington, DC 20008

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman,
Assistant United States Trustee
USTPRegion04.DC.ECF@USDOJ.GOV

American Express National Bank
c/o Beckett & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Capital One N.A.
c/o American InfoSource
4515 N Santa Fe Avenue
Oklahoma City, OK 73118

Touchstone Remodelers, LLC
c/o Maurice VerStandig
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

Touchstone Remodelers, LLC
ATTN: Benjamin Srigley,
Sole Managing Member and Officer
203 Fishburne Street, Unit A
Charleston, SC 29403

Builders Mutual Insurance Company
c/o Stuart Law Firm, PLLC
1033 Wade Avenue, Suite 202
Raleigh, NC 27605
ATTN: William A. Piner, II, Esq.

D.C. Government
Office of Tax and Revenue
P.O. Box 75520
Washington, DC 20013