## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on November 18, 2024, a true and correct copy of the

attached *Reply to Trustee's Response and Benjamin Srigley's Opposition to Motion for an*

*Order Granting Derivative Standing to Prosecute on Behalf of the Estate, Claims Against the*

*Debtor, Benjamin Robert Srigley, Cynthia Tyburczy Srigley and Srigley Development*

*Company, LLC* was served upon the following parties via U.S. Mail:

**Touchstone Remodelers, LLC**
**ATTN: Benjamin Srigley,**
**Sole Managing Member and Officer**
**203 Fishburne Street, Unit A**
**Charleston, SC 29403**

**Office of the United States Trustee**
**1725 Duke Street, Suite 650**
**Alexandria, VA 22314**
**ATTN: Michael T. Freeman,**
**Assistant United States Trustee**

**American Express National Bank**
**c/o Beckett & Lee LLP**
**P.O. Box 3001**
**Malvern, PA 19355-0701**

**Capital One N.A.**
**c/o American InfoSource**
**4515 N Santa Fe Avenue**
**Oklahoma City, OK 73118**

**Touchstone Remodelers, LLC**
**c/o Maurice VerStandig**
**The Belmont Firm**
**1050 Connecticut Avenue, NW, Suite 500**
**Washington, DC 20036**

**William Douglas White**
**McCarthy & White, PLLC**
**8205 Pettit Court**
**McLean, VA 22102**

**Builders Mutual Insurance Company**
**c/o Stuart Law Firm, PLLC**
**1033 Wade Avenue, Suite 202**
**Raleigh, NC 27605**
**ATTN: William A. Piner, II, Esq.**

**D.C. Government**
**Office of Tax and Revenue**
**P.O. Box 75520**
**Washington, DC 20013**

Respectfully submitted by:

-and-

FEDERICO M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-612-4163
Email: fbandi1@jhu.edu

ANGELA M. BANDI
3606 Chesapeake Street, NW
Washington, DC. 20008
Telephone: 773-620-1932
Email: angela.bandi@yahoo.com

12