

Federico M. Bandi
Angela M. Bandi
3606 Chesapeake Street, NW
Washington, DC 20008
Telephone: 773.620.1932
Email: fbandi1@jhu.edu
       angela.bandi@yahoo.com

*Unsecured Judgment Creditors of Touchstone Remodelers, LLC, filing Pro Se*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re:* | Case No. 23-00116-ELG |
| TOUCHSTONE REMODELERS, LLC, | Chapter 7 |
|           Debtor. | |

### NOTICE OF HEARING UPON MOTION FOR DERIVATIVE STANDING

      Unsecured judgment creditors Federico M. Bandi and Angela M. Bandi have filed with this Court a *Motion for an Order Granting Derivative Standing to Prosecute on Behalf of the Estate, Claims Against the Debtor, Benjamin Robert Srigley, Cynthia Tyburczy Srigley and Srigley Development Company, LLC* (the "**Motion for Derivative Standing**") (Dkt. No. 29).

      <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

      If you do not want the Court to grant the relief sought in the Motion for Derivative Standing, or if you want the Court to consider your views on the motion, then, on or before <u>21 days from date of service of the Notice</u>, you or your attorney must:

           File with the Court a written response, explaining your position at Clerk of the Court, United States Courthouse, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001.

           If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also send a copy to:

Federico M. Bandi
Angela M. Bandi
3606 Chesapeake Street, NW
Washington, DC 20008

William Douglas White
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

American Express National Bank
c/o Beckett & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Builders Mutual Insurance Company
c/o Stuart Law Firm, PLLC
1033 Wade Avenue, Suite 202
Raleigh, NC 27605
ATTN: William A. Piner, II, Esq.

Capital One N.A.
c/o American InfoSource
4515 N Santa Fe Avenue
Oklahoma City, OK 73118

D.C. Government
Office of Tax and Revenue
P.O. Box 75520
Washington, DC 20013

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman, Asst. U.S. Trustee
USTPRegion04.DC.ECF@USDOJ.GOV

Attend the hearing scheduled to be held on August 13, 2025, at 10:00 a.m. The hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Gunn_Hearings@dcb.uscourts.gov for the Zoom information and should familiarize themselves with General Order 2024-03, *Order Establishing Hearing Protocols Before Judge Gunn* (available at https://www.deb.uscourts.gov/sites/dcb/files/GO%202024-03.pdf ).

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion for Derivative Standing and may enter an order granting that relief.

Dated:    June 30, 2025

Respectfully submitted,

_____    -and-    _____
FEDERICO M. BANDI                        ANGELA M. BANDI
3606 Chesapeake Street, NW               3606 Chesapeake Street, NW
Washington, DC 20008                     Washington, DC 20008
Telephone: 773-612-4163                  Telephone: 773-620-1932
Email: fbandi1@jhu.edu                   Email: angela.bandi@yahoo.com

2

## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on June 30, 2025, a true and correct copy of this *Notice of Hearing Upon Motion for Derivative Standing* was served upon the following parties via U.S. Mail:

**Benjamin Srigley, Officer**
Touchstone Remodelers, LLC
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

**William Douglas White**
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

**American Express National Bank**
c/o Beckett & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

**Builders Mutual Insurance Company**
c/o Stuart Law Firm, PLLC
1033 Wade Avenue, Suite 202
Raleigh, NC 27605
ATTN: William A. Piner, II, Esq.

**Maurice VerStandig**
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

**Office of the United States Trustee**
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman,
Assistant United States Trustee
USTPRegion04.DC.ECF@USDOJ.GOV

**Capital One N.A.**
c/o American InfoSource
4515 N Santa Fe Avenue
Oklahoma City, OK 73118

**D.C. Government**
Office of Tax and Revenue
P.O. Box 75520
Washington, DC 20013

Dated:    June 30, 2025

Respectfully submitted by:

_____        -and-        _____
FEDERICO M. BANDI                              ANGELA M. BANDI
3606 Chesapeake Street, NW                     3606 Chesapeake Street, NW
Washington, DC. 20008                          Washington, DC. 20008
Telephone: 773-612-4163                        Telephone: 773-620-1932
Email: fbandi1@jhu.edu                         Email: angela.bandi@yahoo.com

3