## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on June 30, 2025, a true and correct copy of this *Notice of Hearing Upon Motion for Derivative Standing* was served upon the following parties via U.S. Mail:

**Benjamin Srigley, Officer**
Touchstone Remodelers, LLC
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

**William Douglas White**
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

**American Express National Bank**
c/o Beckett & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

**Builders Mutual Insurance Company**
c/o Stuart Law Firm, PLLC
1033 Wade Avenue, Suite 202
Raleigh, NC 27605
ATTN: William A. Piner, II, Esq.

**Maurice VerStandig**
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

**Office of the United States Trustee**
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman,
Assistant United States Trustee
USTPRegion04.DC.ECF@USDOJ.GOV

**Capital One N.A.**
c/o American InfoSource
4515 N Santa Fe Avenue
Oklahoma City, OK 73118

**D.C. Government**
Office of Tax and Revenue
P.O. Box 75520
Washington, DC 20013

Dated:    June 30, 2025

Respectfully submitted by:

_____    -and-    _____
FEDERICO M. BANDI                              ANGELA M. BANDI
3606 Chesapeake Street, NW                     3606 Chesapeake Street, NW
Washington, DC. 20008                          Washington, DC. 20008
Telephone: 773-612-4163                        Telephone: 773-620-1932
Email: fbandi1@jhu.edu                         Email: angela.bandi@yahoo.com

3