## CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on August 27, 2025, a true and correct copy of the attached *Plaintiffs' Supplemental Brief in Connection with Their Motion for an Order Granting Derivative Standing* was served upon the following parties via U.S. Mail:

**Benjamin Srigley**
c/o The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036

**Benjamin Srigley, Officer**
Srigley Development Company, LLC
Touchstone Remodelers, LLC
c/o The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036

**Cynthia Srigley, Chemist**
c/o U.S. Food and Drug Administration
Human Foods Program
5001 Campus Drive, HFS-009
College Park, MD 20740-3835

**William Douglas White**
McCarthy & White, PLLC
8205 Pettit Court
McLean, VA 22102

**Office of the United States Trustee**
1725 Duke Street, Suite 650
Alexandria, VA 22314
ATTN: Michael T. Freeman,
Assistant United States Trustee
USTPRegion04.DC.ECF@USDOJ.GOV

**Maurice VerStandig**
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036

**Christianna Cathcart**
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036

**American Express National Bank**
c/o Beckett & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

**Builders Mutual Insurance Company**
c/o Stuart Law Firm, PLLC
1033 Wade Avenue, Suite 202
Raleigh, NC 27605
ATTN: William A. Piner, II, Esq.

**Capital One N.A.**
c/o American InfoSource
4515 N Santa Fe Avenue
Oklahoma City, OK 73118

**D.C. Government**
Office of Tax and Revenue
P.O. Box 75520
Washington, DC 20013

Dated:     August 27, 2025

Respectfully submitted by:

*[signature]*                                                              -and-          *[signature]*

FEDERICO M. BANDI                                                                ANGELA M. BANDI
3606 Chesapeake Street, NW                                                       3606 Chesapeake Street, NW
Washington, DC. 20008                                                            Washington, DC. 20008
Telephone: 773-612-4163                                                          Telephone: 773-620-1932
Email: fbandi1@jhu.edu                                                           Email: angela.bandi@yahoo.com

2