# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **Touchstone Remodelers, LLC,** | Bankr. Case No. 23-00116-ELG |
| Debtor. | Chapter 7 |

## APPOINTMENT OF SUCCESSOR TRUSTEE
## AND DESIGNATION OF REQUIRED BOND

**Wendell W. Webster** is hereby appointed successor Trustee for the estate of the above-named Debtor, the previous Chapter 7 Trustee, **William Douglas White**, having resigned on September 11, 2025.

This case will be covered by a blanket bond for Chapter 7 trustees, a copy of which is on file with the court.

Date: September 12, 2025

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Michael T. Freeman*
Michael T. Freeman
Virginia State Bar No. 65460
Asst. United States Trustee
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7274- Direct Dial
(202) 934-4174- Office Cell
Michael.T.Freeman@usdoj.gov