The order below is hereby signed.

Signed: November 14 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00116-ELG |
| Touchstone Remodelers, LLC, <br> Debtor. | Chapter 7 |

## ORDER DENYING PLEADING AS MOOT

The Court has before it the *Motion for an Order Granting Derivative Standing to Prosecute on Behalf of the Estate, Claims Against the Debtor, Benjamin Robert Srigley, Cynthia Tyburczy Srigley, and Srigley Development Company LLC* (the "Motion") (ECF No. 29) filed by Angela M. Bandi and Federico M. Bandi (the "Bandis"), and all responses and supplemental briefs thereto. The Bandis subsequently initiated an adversary proceeding. Adv. Case No. 25-10009-ELG. On September 12, 2025, Wendell W. Webster was appointed as successor trustee for the bankruptcy estate (the "Trustee"). ECF No. 39. On November 5, 2025, the Court entered an *Order Granting Motion to Intervene and Substitute Trustee as Real Party in Interest and to Amend Complaint* (the "Order") (Adv. Case. No. 25-10009-ELG, ECF No. 26) in the adversary proceeding allowing the Trustee to intervene as plaintiff. As a result, the relief requested in the Motion is moot.

Therefore, the Motion (ECF No. 29) is **DENIED AS MOOT**.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.