The order below is hereby signed.

Signed: November 14 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| In re: | Case No. 23-00116-ELG |
|---|---|
| **Touchstone Remodelers, LLC,** | Chapter 7 |
| Debtor. | |

## ORDER DENYING PLEADING AS MOOT

The Court has before it the *Motion for an Order Granting Derivative Standing to Prosecute on Behalf of the Estate, Claims Against the Debtor, Benjamin Robert Srigley, Cynthia Tyburczy Srigley, and Srigley Development Company LLC* (the "Motion") (ECF No. 29) filed by Angela M. Bandi and Federico M. Bandi (the "Bandis"), and all responses and supplemental briefs thereto. The Bandis subsequently initiated an adversary proceeding. Adv. Case No. 25-10009-ELG. On September 12, 2025, Wendell W. Webster was appointed as successor trustee for the bankruptcy estate (the "Trustee"). ECF No. 39. On November 5, 2025, the Court entered an *Order Granting Motion to Intervene and Substitute Trustee as Real Party in Interest and to Amend Complaint* (the "Order") (Adv. Case. No. 25-10009-ELG, ECF No. 26) in the adversary proceeding allowing the Trustee to intervene as plaintiff. As a result, the relief requested in the Motion is moot.

Therefore, the Motion (ECF No. 29) is **DENIED AS MOOT**.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.

United States Bankruptcy Court

District of Columbia

In re:  Case No. 23-00116-ELG
Touchstone Remodelers, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Nov 14, 2025      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Touchstone Remodelers, LLC, 1025 Connecticut Avenue, NWSuite 615, Washington, DC 20036-5405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Defendant Benjamin Srigley christianna@dakotabankruptcy.com |
| Christianna Annette Cathcart | on behalf of Defendant Cynthia Tyburczy Srigley christianna@dakotabankruptcy.com |
| Christianna Annette Cathcart | on behalf of Defendant Srigley Development Company  LLC christianna@dakotabankruptcy.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Plaintiff Wendell W. Webster  Chapter 7 Trustee for Touchstone Remodelers, LLC jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 14, 2025 | Form ID: pdf001 | Total Noticed: 1 |

Maurice Belmont VerStandig
    on behalf of Defendant Benjamin Srigley mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Interested Party Benjamin Srigley mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Touchstone Remodelers  LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Cynthia Tyburczy Srigley mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Debtor Touchstone Remodelers  LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
    on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
    wwebster@websterfredrickson.com  DC03@ecfcbis.com

TOTAL: 13