

**FILED**

JUN 1 2 2026

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

In re:

TOUCHSTONE REMODELERS, LLC,

      Debtor.

˙Case No. 23-00116-ELG
(Chapter 7)

## NOTICE OF CHANGE OF ADDRESS AND REQUEST FOR DIRECT NOTICING

Benjamin Robert Srigley and Cynthia Srigley, parties in interest in the above-captioned case and defendants in the related adversary proceeding *Webster v. Srigley*, Adversary No. 25-10009-ELG, appearing pro se, hereby notify the Court, the Clerk, the Bankruptcy Noticing Center, and all parties in interest that their current mailing address for all notices, orders, and service of pleadings is:

> Benjamin Robert Srigley and Cynthia Srigley
> 7248 SW 57th Ln
> Ocala, FL 34474
> 843-608-1557
> ctsrigley@gmail.com

Mr. and Mrs. Srigley respectfully request that the Clerk update the docket and the Bankruptcy Noticing Center records so that all future notices and orders are mailed and transmitted to them directly at the address set forth above.

Dated: June 11, 2026

Respectfully submitted,

Benjamin Robert Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-0203
srigleyben@gmail.com



RECEIVED
Mail Room

JUN 1 2 2026

Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

1

and

Cynthia Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-1557
ctsrigley@gmail.com

*Filing pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, a true and correct copy of the foregoing Notice of Change of Address and Request for Direct Noticing was served by first-class mail, postage prepaid, and by electronic mail, upon:

Justin P. Fasano, Esq.
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
301-441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

Benjamin Robert Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-0203
srigleyben@gmail.com

and

Cynthia Srigley
7248 SW 57th Ln
Ocala, FL 34474
843-608-1557
ctsrigley@gmail.com

*Filing pro se*

3